**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for the Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>**H & 6 ASSOCIATE INC., JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown,<br><br>Defendants. | **AFFIDAVIT OF ATTORNEY'S FEES, COSTS AND EXPENSES AND DECLARATION**<br><br><br><br>**CASE NO.: 19-cv-2034-LDH-SMG** |

The present Affidavit of Attorney's Fees, Costs and Expenses and Declaration is submitted pursuant to the Court's Report and Recommendation [Document 17].

The Plaintiff demands that the Defendant, H & 6 ASSOCIATE INC., compensates him for his attorney's fees for 52.7 hours of time at the rate of $544 per hour, for the secretarial services for 11 hours of time at $75 per hour and for costs and expenses in the amount of $894.02, for the total amount of $30,387.82. These fees, costs and expenses are itemized on the invoice [Exhibit 1].

The Plaintiff demands that the Defendant compensates his attorney at the rate of $544 per hour. This amount is based on the United States Attorney Office's Attorney's Fees Matrix

1

[Exhibit 2], which has been adapted by the courts. The undersigned counsel has substantial experience. He was admitted to practice in 2003 and practiced law for over 16 years.

The Plaintiff's attorney kept records of his expenses [Exhibit 3] and sent numerous letters, including many letters to the Defendant, in which he informed its chief executive officer of the status of the litigation and invited him or her to enter into settlement negotiations in order to avoid prolonged litigation and spending money on attorney's fees and expenses [Exhibit 4]. The Defendant has failed to respond to the correspondence of the undersigned counsel.

I declare under penalty of perjury that the foregoing is true and correct.


February 11, 2020

Respectfully submitted,


*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for the Plaintiff
Law Offices of Michael Grinblat
817 Broadway, Fourth Floor
New York, NY 10003
Tel:  (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 11th day of February, 2020, I filed the foregoing Affidavit of Attorney's Fees, Costs and Expenses and Declaration with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record. On the same date I also served the following, via U.S. Mail, by Priority Mail, Signature Requested, postage prepaid:

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

(The above is the address to which the New York Department of State mails process, if accepted on behalf of the entity. No registered agent is listed on the New York Department of State website. The above is also the entity's business address, at which it is presently conducting its business.)

# <u>EXHIBIT 1</u>

# INVOICE

# Law Offices of Michael Grinblat

# INVOICE

Law Offices of Michael Grinblat
817 Broadway, 4th Fl.
New York, NY 10003
michael.grinblatesq@gmail.com
michael.grinblatesq@gmail.com
O: (347) 796-0712
F: (212) 202-5130

| Number | 1 |
|---|---|
| Issue Date | 2/8/2020 |
| Due Date | 3/9/2020 |

## Bill To:

Semyon Grinblat

████████████████████

████████████████████

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (with client)**<br>12/11/2018<br>Discussed with the client his visit to the Subject Facility, including the inconveniences he experienced, the kind, type and extent of violations of the ADA and whether to file a legal action against the Subject Facility. | Michael Grinblat | $544.00 | 0.40 | $217.60 |
| **Travel**<br>12/18/2018<br>Travelled to and from the Subject Facility in order to investigate the violations of the ADA. | Michael Grinblat | $544.00 | 1.00 | $544.00 |
| **Investigation**<br>12/18/2018<br>Investigation, examination analysis and measurement of ADA violations. | Michael Grinblat | $544.00 | 0.70 | $380.80 |
| **Prepare for Mailing/Mailing**<br>1/30/2019<br>Worked on mailing to the defendant, H & 6 Associate Inc., by priority mail, signature confirmation requested, of Report and Recommendation of Magistrate Judge Steven M. Gold regarding the Motion for Default Judgment. With that correspondence I included copies of the 12-page Report and Recommendation, Motion for Default Judgment with all exhibits and the Court's notice received by ECF regarding the Report and Recommendation.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.50 | $37.50 |
| **Research**<br>4/5/2019<br>Researched corporate identities of the defendants in order to determine against what entities and/or individuals the legal action should be filed. Conducted research on the site of the Department of Corporations and on ACRIS. | Michael Grinblat | $544.00 | 1.00 | $544.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Research**<br>4/5/2019<br>Researched and analyzed applicable laws in connection with drafting the complaint on behalf of the client. | Michael Grinblat | $544.00 | 1.50 | $816.00 |
| **Communicate (in firm)**<br>4/8/2019<br>Discussed the intended filing of the case with my co-counsel, Mr. Adam D. Ford. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>4/8/2019<br>Drafted and revised the ADA complaint. | Michael Grinblat | $544.00 | 7.00 | $3,808.00 |
| **Review/analyze**<br>4/9/2019<br>Reviewed the ECF bounce, which contained the following text: "COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC-11365098 Was the Disclosure Statement on Civil Cover Sheet completed -YES, filed by Semyon Grinblat. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons H & 6 Associate Inc., # 3 Proposed Summons The Hugh Family Revocable Trust) (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Filing**<br>4/9/2019<br>Filed the complaint, two proposed summonses and the civil cover sheet on ECF. | Michael Grinblat | $544.00 | 0.40 | $217.60 |
| **Draft/revise**<br>4/9/2019<br>Drafted proposed summons on H & 6 Associate Inc. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>4/9/2019<br>Drafted proposed summons on The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>4/9/2019<br>Drafted civil cover sheet. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (with client)**<br>4/9/2019<br>Discussed filing of the case with the client. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>4/9/2019<br>Worked on mailing copy of the complaint to the New York Civil Rights Bureau. Printed pages of the document, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software. - SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.30 | $22.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Prepare for Mailing/Mailing**<br>4/9/2019<br>Worked on mailing a copy of the complaint and cover letter to the New York City Commission on Human Rights. Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software. SECRETARIAL RATE. | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the ECF bounce, which contained the following text: "Case Assigned to Judge LaShann DeArcy Hall and Magistrate Judge Steven M. Gold. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the ECF bounce, which contained the following text: "In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that if all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. (Davis, Kimberly)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the attachment to the ECF bounce regarding the notice pursuant to Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the ECF bounce, which contained the following text: "This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the attachment to the ECF bounce, which contained the following text: "This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly)" Reviewed the quality control report regarding filing of the case using the ECF. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>4/11/2019<br>Reviewed the ECF bounce, which contained the following text: "Summons Issued as to H & 6 Associate Inc., The Hugh Family Revocable Trust. (Attachments: # 1 Summon) (Davis, Kimberly)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>4/11/2019<br>Reviewed and analyzed the summons issued by the Court on the defendant H & 6 Associates, Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>4/11/2019<br>Reviewed and analyzed the summons issued by the court on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>4/18/2019<br>Discussed the status of the case with my co-counsel, Mr. Adam D. Ford. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/18/2019<br>Telephone conversation. Discussed serving of process on the Hugh Family Revocable Trust with the process server's representative, "Spark Process Service". | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (other external)**<br>4/18/2019<br>Sent an email to the server of process, Spark Process Service, with a request to perform personal service on The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (other external)**<br>4/18/2019<br>At the request of the process server, Spark Process Service, I paid for service of process by using Cash App on my mobile phone. Immediately prior to making the payment, I had to download the app to the phone, install it, register and then send the money using it.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Communicate (other external)**<br>4/18/2019<br>Sent an email to the process server, Spark Process Service, in which I informed him that, at the request of the process server, I sent him $85 through Cash App. This was in connection with serving process on The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/18/2019<br>Reviewed the email from Spark Process Service, in which the process server confirmed that he received the $85 I sent him through Cash App. This is in connection with personally serving The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (with client)**<br>4/19/2019<br>Discussed the status of the case with the client. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/25/2019<br>Sent an email to the process server, Spark Process Service, in which I inquired whether the company served the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.20 | $108.80 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (other external)**<br>4/25/2019<br>Reviewed the email from the process server, Spark Process Service, in which the server of process wrote that he is on the way to personally serve the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/25/2019<br>I emailed additional instructions to the process server, Spark Process Service, in connection with performing personal service on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/26/2019<br>Sent an email to the server of process, Spark Process Service, in which I inquired of the server of process whether he was able to serve process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/26/2019<br>Reviewed the email response from the server of process, Spark Process Service, in which the server of process wrote that he attempted to serve the defendant, The Hugh Family Revocable Trust, but was not successful and that he is planning to attempt to serve the defendant again after 5:00 pm. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/26/2019<br>Sent an email to the server of process, Spark Process Service, in connection with serving the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/27/2019<br>I called the server of process, Spark Process Service, and attempted to leave a voicemail when no one answered the phone. The purpose of the call was to inquire of the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/28/2019<br>I called the server of process, Spark Process Service, and attempted to leave a voicemail when no one answered the phone. The purpose of the call was to inquire of the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/29/2019<br>I called the server of process, Spark Process Service, and attempted to leave a voicemail when no one answered the phone. The purpose of the call was to inquire of the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/29/2019<br>Sent an email to server of process, Spark Process Service, in which I inquired on the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (other external)**<br>4/30/2019<br>I called the server of process, Spark Process Service, and attempted to leave a voicemail when no one answered the phone. The purpose of the call was to inquire of the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>4/30/2019<br>Sent an email to the server of process, Spark Process Service, in which I requested an update on the status of the service on the defendant, The Hugh Family Revocable Trust. (I did not receive a response to the inquiry of 4/29/19. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/1/2019<br>Sent an extended email to the server of process, Spark Process Service, in connection with performing service on The Hugh Family Revocable Trust. I demanded explanation as to why the process server is not responding to my repeated phone calls and emails and demanded that he return the $85 I paid for the service of process through Cash App. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Communicate (other external)**<br>5/1/2019<br>I called the server of process, Spark Process Service, and attempted to leave a voicemail when no one answered the phone. The purpose of the call was to inquire of the status of service of process on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/1/2019<br>Reviewed an email from the server of process, Spark Process Service, in which the server of process informed me on the status of service on the defendant, The Hugh Family Revocable Trust. He informed me that the service was performed successfully and that he is going to send me a notarized affidavit of service. He did not subsequently do that. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/1/2019<br>I sent an email to the server of process, Spark Process Service, in which I requested an explanation as to how the server of process served the defendant, The Hugh Family Revocable Trust. I demanded from him the GPS tracking proof, which would show me that he visited the location three times. He promised to provide GPS tracking proof prior to me paying him for service. It was an essential part of the agreement and he advertised that service. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/2/2019<br>I called another company, Alexander Poole, to inquire whether it performs personal service. I did so, because the previous server of process, Spark Process Service, failed to serve the defendant, The Hugh Family Revocable Trust. Alexander Poole's representative assured me that his company performs personal service. We discussed the logistics and price of personal service. | Michael Grinblat | $544.00 | 0.20 | $108.80 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (other external)**<br>5/2/2019<br>I emailed detailed instructions to the server of process, Alexander Poole, in connection with service of process on the defendant, The Hugh Family Revocable Trust. I attached several documents to the detailed email, including summons on The Hugh Family Revocable Trust, complaint, the deed, which contained the defendant's address and the summons on a co-defendant, H & 6 Associate Inc. | Michael Grinblat | $544.00 | 0.40 | $217.60 |
| **Communicate (in firm)**<br>5/2/2019<br>I sent an email to my co-counsel, Mr. Adam Ford, in which I explained to him the status of service of process on the defendant, The Hugh Family Revocable Trust and the necessity of switching to another company, Alexander Poole, in order to serve the defendant, The Hugh Family Revocable Trust, by personal service. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (other external)**<br>5/2/2019<br>Reviewed the email from Alexander Poole, in which the company informed me that my request for service was received and that I would be contacted in the short future for payment. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (with client)**<br>5/3/2019<br>Discussed the status of the case with the client over the phone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/8/2019<br>Received a telephone call from the server of process, Alexander Poole, in which the company's representative informed me that the address, which is listed on the deed, is a residential one and inquired whether service on the defendant, The Hugh Family Revocable Trust, should be performed at that address. I requested the company to serve the resident, who would open the door. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>5/10/2019<br>Discussed the status of the case with my co-counsel, Mr. Adam D. Ford. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (with client)**<br>5/10/2019<br>Discussed the status of the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/10/2019<br>Reviewed an email from Alexander Poole, in which the server of process informed me that the company personally served the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>5/10/2019<br>Reviewed the affidavit of service regarding service of process on  he defendant, The Hugh Family Revocable Trust, which was emailed to me by the server of process, Alexander Poole. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Filing**<br>5/10/2019<br>Filing of a document using the Court's ECF system. I filed the affidavit of service on The Hugh Family Revocable Trust using the court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>5/10/2019<br>I reviewed the following ECF bounce: "SUMMONS Returned Executed by Semyon Grinblat. The Hugh Family Revocable Trust served on 5/9/2019, answer due 5/30/2019. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>5/10/2019<br>I sent an email to my co-counsel, Mr. Adam Ford, in which I wrote him that "I received from the server of process the affidavit of service on The Hugh Family Revocable Trust and filed it with the court." | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>5/11/2019<br>Drafted a letter to the owner of H & 6 Associate Inc., in which I informed him or her of the legal action filed against it. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>5/11/2019<br>Drafted a letter to the trustee and/or owner of The Hugh Family Revocable Trust, in which I informed him or her that I filed a legal action against the trust. In that correspondence I included courtesy copies of the summons and complaint. The correspondence was sent by priority mail. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Prepare for Mailing/Mailing**<br>5/11/2019<br>Worked on mailing courtesy copies of the summons and complaint to the defendant, H & 6 Associate Inc.<br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software. SECRETARIAL RATE. | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Prepare for Mailing/Mailing**<br>5/11/2019<br>Worked on mailing courtesy copy of the summons and complaint to the defendant, The Hugh Family Revocable Trust. Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software. SECRETARIAL RATE. | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Communicate (other external)**<br>5/12/2019<br>I sent an email to Alexander Poole, in which I requested an affidavit of service on H & 6, which I did not receive from the company. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Filing**<br>5/13/2019<br>Filed on ECF the affidavit of service regarding H & 6 Associate Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>5/13/2019<br>Reviewed the ECF Bounce, which contained the following text: "SUMMONS Returned Executed by Semyon Grinblat. H & 6 Associate Inc. served on 5/8/2019, answer due 5/29/2019. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/13/2019<br>I received an email from Alexander Poole to which was attached the affidavit of service on H & 6 Associate Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>5/13/2019<br>Reviewed the affidavit of service on H & 6 Associate Inc, which was sent to me by the server of process, Alexander Poole. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>5/13/2019<br>Sent an email to Alexander Poole regarding the affidavits of service. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Research**<br>6/17/2019<br>Researched the procedure on how to draft, apply for and file a certificate of default in connection with the necessity to apply for these certificates against the defendants, H & 6 Associate Inc. and The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 1.50 | $816.00 |
| **Communicate (in firm)**<br>6/17/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>6/18/2019<br>Drafted a letter addressed to a trustee and/or owner of The Hugh Family Revocable Trust, in which I informed him or her that I filed with the court an application for a certificate of default. With that correspondence I included copies of the summons, complaint and affidavit of service. That correspondence was sent by priority mail. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Draft/revise**<br>6/18/2019<br>Drafted a letter, addressed to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed an application for a certificate of default. I enclosed copies of the summons, complaint, affidavit of service and the application for a certificate of default. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Draft/revise**<br>6/18/2019<br>Drafted certificate of default on the defendant, H & 6 Associate, Inc. | Michael Grinblat | $544.00 | 0.60 | $326.40 |
| **Draft/revise**<br>6/18/2019<br>Drafted certificate of default on the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.60 | $326.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Filing**<br>6/18/2019<br>Filed with the court the application for a certificate of default against the defendant, H & 6 Associate, Inc., using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Filing**<br>6/18/2019<br>Filed with the court the application for a certificate of default against the defendant, The Hugh Family Revocable Trust, using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>6/18/2019<br>Reviewed the ECF bounce, which contained the following text: "Request for Certificate of Default by Semyon Grinblat (Grinblat, Michael)". This ECF bounce was received regarding the application for a certificate of default against the defendant H & 6 Associates, Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>6/18/2019<br>Reviewed the ECF bounce, which contained the following text: "Request for Certificate of Default by Semyon Grinblat (Grinblat, Michael)". This ECF bounce was received regarding the application for a certificate of default against the defendant The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>6/18/2019<br>Worked on mailing courtesy copies of the summons, complaint, application for a certificate of default and cover letter to the defendant, H & 6 Associate Inc., in connection with notifying it of the application for a certificate of default to the clerk of court.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.40 | $30.00 |
| **Prepare for Mailing/Mailing**<br>6/18/2019<br>Worked on mailing courtesy copies of the summons, complaint, application for a certificate of default and cover letter to the defendant, The Hugh Family Revocable Trust, in connection with notifying it of the application for a certificate of default to the clerk of court.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.40 | $30.00 |
| **Communicate (with client)**<br>6/19/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>6/25/2019<br>Reviewed the ECF bounce, which contained the following text: "Clerk's ENTRY OF DEFAULT It appearing from the docket maintained in this action that defendant H & 6 Associate Inc. has failed to appear or otherwise defend this action, the default of defendant H & 6 Associate Inc. is hereby noted pursuant to Rule 55a of the Federal Rules of Civil Procedure.(Poveda, J.)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>6/25/2019<br>Reviewed the ECF Bounce, which stated the following: "REQUEST for Certificate of Default is denied at this time. It appears from the affidavit of service that proper service was not effected as the Corporate Defendant THE HUGH FAMILY REVOCABLE TRUST was served on behalf of a "Jane Doe" re [8] Request for Certificate of Default (Poveda, J.)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>7/2/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Research**<br>7/2/2019<br>Researched the procedure on how to draft and apply for a motion for default judgment in connection with the necessity of drafting such a motion against the defendant, H & 6 Associate, Inc. Reviewed Moore's treatise, Federal Litigation Guide: New York and Connecticut and samples of motions for default judgment filed by other attorneys. | Michael Grinblat | $544.00 | 6.00 | $3,264.00 |
| **Communicate (with client)**<br>7/3/2019<br>Discussed the case with the client. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>7/6/2019<br>Drafted motion for default judgment against the defendant, H & 6 Associate Inc. Gathered, reviewed, analyzed and assembled the exhibits to be attached to the motion. Their purpose was to show work performed on notifying the defendant of the present action, as well as notifying the NYC Commission of Human Rights and the New York State Civil Rights Bureau. Including the exhibits, the motion for default judgment came out to be 95 pages long. | Michael Grinblat | $544.00 | 8.00 | $4,352.00 |
| **Filing**<br>7/6/2019<br>Filed motion for default judgment against H & 6 Associate Inc using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>7/6/2019<br>Reviewed ECF bounce, which contained the following text: "MOTION for Default Judgment against H & 6 Associate Inc. by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>7/6/2019<br>Drafted a letter to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed a motion for default judgment against the defendant, H & 6 Associate Inc. I included a copy of the motion with all exhibits with the correspondence. | Michael Grinblat | $544.00 | 0.30 | $163.20 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Prepare for Mailing/Mailing**<br>7/6/2019<br>Worked on mailing courtesy copies of the motion for default judgment, summons, complaint, application for a certificate of default and cover letter to the defendant, H & 6 Associate Inc., in connection with notifying it of the filing of the Motion for Default Judgment.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.50 | $37.50 |
| **Review/analyze**<br>7/8/2019<br>Reviewed the ECF bounce, which contained the following text: "ORDER: Plaintiff's July 6, 2019 motion 10 for default judgment is respectfully referred to Magistrate Judge Steven M. Gold for a report and recommendation. (Ramesar, Thameera)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>7/9/2019<br>Drafted a letter to the Honorable LaShann DeArcy Hall in connection with sending her a courtesy copy of the Motion for Default Judgment in accordance with the Judge's individual practices and rules. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Prepare for Mailing/Mailing**<br>7/9/2019<br>Worked on preparing courtesy copy of the Motion for Default Judgment on H & 6 Associates Inc.<br><br>Printed pages of the documents, printed the cover letter, prepared the binder, punched holes in the motion and inserted it in the binder, paid for postage and mailing label,printed labels, attached labels to the envelope and the binder, inserted documents in the binder and then the envelope, walked to the nearby UPS facility and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 1.50 | $112.50 |
| **Review/analyze**<br>7/9/2019<br>Reviewed the ECF bounce, which contained the following text: "ORDER re 10 MOTION for Default Judgment against H & 6 Associate Inc. filed by Semyon Grinblat: Any submissions that defendant H & 6 Associate Inc. ("H & 6") wishes to make in response are due no later than July 26, 2019. Any reply plaintiff wishes to make, and any other submissions plaintiff wishes to provide in support of his motion shall be filed by August 2, 2019. Upon receipt of this Order, plaintiff is hereby directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendant H & 6 at its last known address, and to provide the Court with copies of the return receipts. Ordered by Magistrate Judge Steven M. Gold on 7/9/2019. (Farmer, John)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>7/9/2019<br>Reviewed document 11, "ORDER re 10 MOTION for Default Judgment" | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (in firm)**<br>7/10/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>7/10/2019<br>Drafted a letter to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed the affidavit of service regarding service on that defendant of the motion of default judgment and included the affidavit of service with all exhibits in the correspondence. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>7/10/2019<br>Drafted a letter to the CEO of H & 6 Associate Inc., in which I informed him or her that Magistrate Judge Steven M. Gold issued an order on July 9, 2019. I included the order with that correspondence. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>7/10/2019<br>Drafted affidavit of service on the defendant, H & 6 Associate Inc., gathered, assembled, reviewed and attached the exhibits to the affidavit, [document 12]. | Michael Grinblat | $544.00 | 0.40 | $217.60 |
| **Filing**<br>7/10/2019<br>Filed affidavit of service on H & 6 Associate Inc. [Document 12] on ECF. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>7/10/2019<br>Reviewed ECF bounce, which contained the following text:<br>"AFFIDAVIT of Service for Motion for Default Judgment Against H & 6 Associate Inc. served on H & 6 Associate Inc. on July 6, 2019, filed by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>7/10/2019<br>Worked on mailing copies of the Affidavit of Service, with exhibits, regarding service of the Motion of Default Judgment on the defendant, H & 6 Associate Inc. to that defendant.<br><br>Printed pages of the documents, printed the cover letter, inserted documents in the envelope, affixed the stamp and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Prepare for Mailing/Mailing**<br>7/10/2019<br>Worked on mailing a copy of Magistrate Judge Steven M. Gold's Order to the defendant, H & 6 Associate Inc.<br><br>Printed pages of the documents, printed the cover letter, paid for postage of certified mail, filled out the return receipt form, inserted documents in the envelope, walked to the post office, stood in line, then walked back from it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 1.30 | $97.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (with client)**<br>7/11/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>7/12/2019<br>Worked on mailing a copy of the Motion for Default Judgment, with all exhibits, to the defendant, H & 6 Associate Inc., by first class mail, certified mail, return receipt requested.<br><br>Printed pages of the documents, printed the cover letter, paid for postage of certified mail, filled out the return receipt form, inserted documents in the envelope, walked to the post office, stood in line, then walked back from it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 1.30 | $97.50 |
| **Draft/revise**<br>7/12/2019<br>Drafted a letter to the CEO of H & 6 Associate Inc., which informed him or her that I am re-sending the copy of the motion for default judgment by first class mail, certified mail, return receipt requested. I included with the correspondence a copy of the motion for default judgment with exhibits. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Draft/revise**<br>7/18/2019<br>Drafted a third letter to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed a motion for default judgment and that Magistrate Judge Steven M. Gold issued an Order. I also informed the defendant that I did not receive the return receipts and that the previously sent correspondences may have been lost by the post office. In the correspondence I included a copy of the motion for default judgment with all exhibits and a copy of Magistrate Judge Steven M. Gold's Order. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Prepare for Mailing/Mailing**<br>7/18/2019<br>Worked on mailing the letter regarding filing of the Motion for Default Judgment against the defendant, H & 6 Associate Inc. This is the third mailing. With this correspondence I sent a copy of the Motion for Default Judgment.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.40 | $30.00 |
| **Communicate (other external)**<br>7/25/2019<br>Sent an email to my co-counsel, Adam D. Ford, regarding difficulties with service by mail of the Court's order on H & 6 Associate, Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Draft/revise**<br>8/3/2019<br>Drafted a letter, addressed to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed a motion for default judgment against the entity. I included with the correspondence a copy of the motion for default judgment, with all the exhibits, and a copy of Magistrate Judge Steven M. Gold's Order, as well as a copy of the affidavit of service regarding filing of that motion. In addition, I included with the correspondence copies of the letters I sent on previous occasions. This is the fourth attempt to notify the defendant of the filing of the motion for default judgment and of the Magistrate Judge's Order. That correspondence was sent by priority mail, signature confirmation requested. | **Michael Grinblat** | $544.00 | 0.20 | $108.80 |
| **Prepare for Mailing/Mailing**<br>8/3/2019<br>Worked on mailing the fourth notice regarding filing of the Motion for Default Judgment against the defendant, H & 6 Associate Inc. to that defendant. That correspondence was sent by priority mail with signature confirmation. With that correspondence I Sent copies of the Motion for Default Judgment, with all exhibits, the Order issued by Magistrate Judge Steven M. Gold, and letters sent on July 6, 2019 and July 12, 2019.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | **Michael Grinblat** | $75.00 | 0.40 | $30.00 |
| **Prepare for Mailing/Mailing**<br>8/5/2019<br>Worked on mailing the fifth notice regarding filing of the Motion for Default Judgment against the defendant, H & 6 Associate Inc. to that defendant. That correspondence was sent by certified mail, return receipt requested. With that correspondence I Sent copies of the Motion for Default Judgment, with all exhibits, the Order issued by Magistrate Judge Steven M. Gold, and letters sent on July 6, 2019, July 12, 2019 and August 3, 2019.<br><br>Printed pages of the documents, printed the cover letter, inserted documents in the envelope, filled out the certified letter form and return receipt form, walked to the post office, stood in line and mailed the correspondence, then walked back from the post office; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | **Michael Grinblat** | $75.00 | 1.30 | $97.50 |
| **Draft/revise**<br>8/5/2019<br>Drafted a letter to the CEO of the defendant, H & 6 Associate Inc., in which I informed him or her that I filed a motion for default judgment and that Magistrate Judge Steven M. Gold issued an order. With that correspondence I also included copies of the motion for default judgment, Magistrate Judge Gold's Order, affidavit of service regarding filing a motion for default judgment. That correspondence was sent by certified mail, return receipt requested. | **Michael Grinblat** | $544.00 | 0.20 | $108.80 |
| **Communicate (in firm)**<br>8/5/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | **Michael Grinblat** | $544.00 | 0.20 | $108.80 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Draft/revise**<br>8/13/2019<br>Drafted affidavit of service [document 13] on H & 6 Associate Inc., gathered, reviewed, assembled and analyzed documents to be used as exhibits to show the work involved with serving the defendant, H & 6 Associate Inc. The total size of the affidavit is 32 pages. | Michael Grinblat | $544.00 | 1.00 | $544.00 |
| **Filing**<br>8/13/2019<br>Filed the Affidavit of Service for Motion for Default Judgment on the defendant, H & 6 Associate Inc. [Document 13] using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>8/13/2019<br>Reviewed the ECF bounce, which contained the following text: "AFFIDAVIT of Service for Motion for Default Judgment Against H & 6 Associate Inc. and the Court's Order of July 9, 2019 served on H & 6 Associate Inc. on August 7, 2019, filed by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>8/13/2019<br>Drafted a letter to the CEO of the defendant, H & 6 Associate Inc., in which I informed him or her  hat I filed an affidavit of service regarding filing of the motion for default judgment against the defendant, H & 6 Associate Inc. In that correspondence I also included a copy of the Court's Order of July 9, 2019. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Review/analyze**<br>8/13/2019<br>Reviewed the ECF bounce, which contained the following text: "AFFIDAVIT of Service for Motion for Default Judgment Against H & 6 Associate Inc. and the Court's Order of July 9, 2019 served on H & 6 Associate Inc. on August 7, 2019, filed by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>8/13/2019<br>Worked on mailing of the letter to H & 6 Associate Inc. regarding Affidavit of Service regarding Motion for Default Judgment against H & 6 Associate Inc. That correspondence was mailed by priority mail.<br><br>Printed pages of the documents, printed the cover letter, paid for postage and mailing label at USPS.com, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.30 | $22.50 |
| **Communicate (with client)**<br>8/14/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>9/2/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.20 | $108.80 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>9/3/2019<br>Reviewed the ECF bounce, which contained the following text:<br>"NOTICE of Voluntary Dismissal by Semyon Grinblat of The Hugh Family Revocable Trust (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (with client)**<br>9/3/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>9/3/2019<br>Drafted a letter to the CEO of H & 6 Associate Inc., in which I informed him or her that I filed a Notice of Voluntary Dismissal regarding the co-defendant, The Hugh Family Revocable Trust, which I filed with the Court on the same day. I included a copy of the Notice of Voluntary Dismissal with the correspondence. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>9/3/2019<br>Drafted a letter to a trustee and/or owner of The Hugh Family Revocable Trust, in which I informed him or her  hat I voluntarily dismissed the defendant from the action. With that correspondence I included a copy of the notice of voluntary dismissal of the defendant, The Hugh Family Revocable Trust. That correspondence was sent by first class mail. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>9/3/2019<br>Drafted Notice of Voluntary Dismissal of The Hugh Family Revocable Trust. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Filing**<br>9/3/2019<br>Filed notice of voluntary dismissal [Document 14] against the defendant, The Hugh Family Revocable Trust using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>9/3/2019<br>Reviewed the ECF bounce, which contained the following text:<br>"NOTICE of Voluntary Dismissal by Semyon Grinblat of The Hugh Family Revocable Trust (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>9/3/2019<br>Worked on mailing to The Hugh Family Revocable Trust of the Notice of Voluntary Dismissal of The Hugh Family Revocable Trust. The correspondence was mailed by first class mail.<br><br>Printed pages of the documents, printed the cover letter, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.20 | $15.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Prepare for Mailing/Mailing**<br>9/3/2019<br>Worked on mailing to H & 6 Associate Inc., by first class mail, a copy of the Notice of Voluntary Dismissal of the co-defendant The Hugh Family Revocable Trust. With this correspondence I included a copy of the notice.<br><br>Printed pages of the documents, printed the cover letter, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.20 | $15.00 |
| **Communicate (in firm)**<br>9/4/2019<br>I sent an email to my co-counsel, Mr. Adam D. Ford, regarding the notice of voluntary dismissal of the defendant. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>10/3/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>10/3/2019<br>I called Judge Gold's chambers to find out when to expect a ruling on the motion for default judgment against H & 6 Associates, Inc. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (in firm)**<br>10/3/2019<br>I sent an email to my co-counsel, Adam D. Ford, regarding the motion for default judgment against the defendant, H & 6 Associates, Inc. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (with client)**<br>10/4/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>12/23/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Filing**<br>12/23/2019<br>Filed motion to reopen case [Document 16] using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>12/23/2019<br>Reviewed the ECF bounce, which contained the following text: "NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SEMYON GRINBLAT, by and through his undersigned counsel, voluntarily dismisses the Defendant, THE HUGH FAMILY REVOCABLE TRUST, from this action, without prejudice. As of the date of this notice, the Defendant, THE HUGH FAMILY REVOCABLE TRUST, neither appeared in this action, nor answered the complaint, nor filed a motion for summary judgment. Ordered by Judge LaShann DeArcy Hall on 12/23/2019. (Ramesar, Thameera)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review/analyze<br>12/23/2019<br>Reviewed document 15, which was attached to the ECF bounce. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Review/analyze<br>12/23/2019<br>Reviewed the ECF bounce, which contained the following text:<br>"NOTICE OF VOLUNTARY DISMISSAL: Pursuant to Rule 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, SEMYON GRINBLAT, by and through his undersigned counsel, voluntarily dismisses the Defendant, THE HUGH FAMILY REVOCABLE TRUST, from this action, without prejudice. As of the date of this notice, the Defendant, THE HUGH FAMILY REVOCABLE TRUST, neither appeared in this action, nor answered the complaint, nor filed a motion for summary judgment. Ordered by Judge LaShann DeArcy Hall on 12/23/2019. (Ramesar, Thameera)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Communicate (with client)<br>12/24/2019<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Review/analyze<br>12/25/2019<br>Reviewed the ECF bounce, which included the following text:<br>"MOTION to Reopen Case by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Communicate (other external)<br>12/25/2019<br>I sent an email to my co-counsel, Mr. Adam D. Ford, regarding the filed motion to reopen the case. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Draft/revise<br>12/25/2019<br>Drafted a letter, addressed to the CEO of the defendant, H & 6 Associate Inc., in which I informed him or her that I filed a Motion to Reopen Case in this action. I enclosed a copy of that motion. The letter was sent by first class mail. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| Review/analyze<br>12/25/2019<br>Reviewed the ECF bounce, which contained the following text:<br>"MOTION to Reopen Case by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Draft/revise<br>12/25/2019<br>Drafted motion to reopen case [Document 16]. | Michael Grinblat | $544.00 | 0.50 | $272.00 |
| Prepare for Mailing/Mailing<br>12/25/2019<br>Worked on mailing, by first class mail, to H & 6 Associate Inc. a letter informing it that I filed the Motion to Reopen Case. With that correspondence I mailed a copy of that motion.<br><br>Printed pages of the documents, printed the cover letter, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.30 | $22.50 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Review/analyze**<br>12/26/2019<br>Reviewed the ECF bounce, which included the following text:<br>"ORDER: On December 23, 2019, the Court so-ordered a stipulation of dismissal as to Defendant Hugh Family Revocable Trust [15] leaving Defendants H & 6 Associate Inc. and John Doe 1-X remaining. The Clerk of Court subsequently closed the case in error. Plaintiff's motion [16] to reopen the case as to the remaining Defendants is GRANTED. Ordered by Judge LaShann DeArcy Hall on 12/26/2019. (Valderrama, Freddie)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (other external)**<br>12/27/2019<br>Sent an email to my co-counsel, Mr. Adam D. Ford, regarding the case and motion to reopen it. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>12/29/2019<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Communicate (with client)**<br>12/30/2019<br>Discussed the case with the client. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Review/analyze**<br>1/28/2020<br>Reviewed and analyzed the ECF bounce with the following text:<br>"REPORT AND RECOMMENDATIONS re [10] MOTION for Default Judgment against H & 6 Associate Inc. filed by Semyon Grinblat. I respectfully recommend that the Court grant in part and deny in part plaintiff's motion for default judgment, as follows: (1) I recommend that H & 6 Associate be found liable under the Americans with Disabilities Act (ADA), the New York Civil Rights Law, the New York State Human Rights Law (NYSHRL), and the New York City Human Rights Law (NYCHRL); (2) I recommend that an injunction issue with the terms described in this Report; (3) I recommend that plaintiff be awarded $500 in statutory damages under the New York Civil Rights Law; (4) I recommend that plaintiff be awarded $1,000 in compensatory damages under the NYSHRL and the NYCHRL; (5) I recommend that plaintiff's request for punitive damages under the NYCHRL be denied; and (6) I recommend that plaintiff's request for an award of attorney's fees and costs under the ADA be denied without prejudice, and that plaintiff's counsel be permitted to submit an appropriate supplemental sworn statement and billing records within fourteen days of the date of this Report and Recommendation.<br><br>Any objections to the recommendations made in this Report must be submitted within fourteen days after filing of the Report and, in any event, no later than February 11, 2020. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. Proc. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. See Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit). Plaintiff is hereby directed to serve copies of this Report and Recommendation upon H & 6 Associate at its last known address, and to file proof of service with the Court. Ordered by Magistrate Judge Steven M. Gold on 1/28/2020. (Vogele, Jessica)" | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Review/analyze**<br>1/28/2020<br>Reviewed and analyzed the Report and Recommendation issued by Magistrate Judge Gold. | Michael Grinblat | $544.00 | 0.40 | $217.60 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Communicate (in firm)**<br>1/28/2020<br>Sent an email to my co-counsel, Mr. Adam D. Ford. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Communicate (in firm)**<br>1/29/2020<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| **Draft/revise**<br>1/30/2020<br>Drafted a letter to the CEO of H & 6 Associate Inc., in which I informed him or her that Magistrate Judge Steven M. Gold issued the Report and Recommendation on the motion for default judgment against the defendant, H & 6 Associate Inc. and directed me to to serve a copy of that document on the defendant at its last known address. I included copies of the report and recommendation, both ECF order and the 12-page Report and Recommendation, complaint, summons, affidavit of service, request for a certificate of default, certificate of default and motion for default judgment. That correspondence was sent by priority mail, signature confirmation requested. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Communicate (with client)**<br>1/30/2020<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Prepare for Mailing/Mailing**<br>1/31/2020<br>Worked on mailing to H & 6 Associate Inc., by first class mail, of a copy of  he affidavit of service regarding Magistrate Judge Steven M. Gold's Report and Recommendation.<br><br>Printed pages of the documents, printed the cover letter, printed label, attached label to the envelope, inserted documents in the envelope and mailed it; recorded cost of mailing into the software.<br><br>SECRETARIAL RATE | Michael Grinblat | $75.00 | 0.20 | $15.00 |
| **Review/analyze**<br>1/31/2020<br>Reviewed the ECF bounce, which contained the following text: "AFFIDAVIT of Service for Report and Recommendation [Doc. No. 17] served on H & 6 Associate Inc. on January 31, 2020, filed by Semyon Grinblat. (Grinblat, Michael)" | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| **Draft/revise**<br>1/31/2020<br>Drafted the affidavit of service regarding the Report and Recommendation on the Motion for Default Judgment against the defendant, H & 6 Associate Inc. | Michael Grinblat | $544.00 | 0.30 | $163.20 |
| **Filing**<br>1/31/2020<br>Filed the affidavit of service regarding Report and Recommendation on the Motion for Default Judgment against the defendant, H & 6 Associate Inc. [Document 18], using the Court's ECF system. | Michael Grinblat | $544.00 | 0.10 | $54.40 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>1/31/2020<br>I sent correspondence to the CEO of the defendant, H & 6 Associate Inc., regarding the affidavit of service, which I filed with the Court in complying with the Court's order to send a copy of the Report and Recommendation on the Motion for Default Judgment against the Defendant, H & 6 Associate Inc. at its last known address. I included a copy of the affidavit of service in that correspondence. That correspondence was sent by first class mail. | Michael Grinblat | $544.00 | 0.20 | $108.80 |
| Communicate (with client)<br>2/5/2020<br>Discussed the case with the client over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Communicate (in firm)<br>2/6/2020<br>Discussed the case with my co-counsel, Mr. Adam D. Ford, over the telephone. | Michael Grinblat | $544.00 | 0.10 | $54.40 |
| Draft/revise<br>2/7/2020<br>Worked on drafting, editing and analysing the list of time entries and expenses in connection with filing them with the Court. | Michael Grinblat | $544.00 | 2.50 | $1,360.00 |
| Draft/revise<br>2/8/2020<br>Drafted Affidavit of Attorney's Fees and Costs, prepared exhibits, which include receipts and letters sent during the course of the litigation. | Michael Grinblat | $544.00 | 1.00 | $544.00 |
| | | **Time Entries Total** | **63.70** | **$29,493.80** |

## Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Courtfees<br>4/9/2019<br>Filing fee, paid at the time of filing the complaint. | Michael Grinblat | $400.00 | 1.00 | $400.00 |
| Postage<br>4/9/2019<br>Priority mail. Mailed notice of the filing of the lawsuit and copy of the complaint to the New York Civil Rights Bureau. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| Postage<br>4/9/2019<br>Priority mail. Mailed notice of the filing of the lawsuit and copy of the complaint to the NYC Commission on Human Rights. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| Printing<br>4/9/2019<br>Printed the complaint (35) pages in connection with mailing it to the New York Civil Rights Bureau. | Michael Grinblat | $0.25 | 35.00 | $8.75 |

| Expense | Billed By | Price | Qty | Sub |
|---------|-----------|------:|----:|----:|
| **Printing**<br>4/9/2019<br>Printed a copy of the complaint (35 pages) in connection with mailing it to the New York City Commission on Human Rights. | Michael Grinblat | $0.25 | 35.00 | $8.75 |
| **Service of Process**<br>4/18/2019<br>Payment to Spark Process service for personal service on The Hugh Family Revocable Trust. | Michael Grinblat | $85.00 | 1.00 | $85.00 |
| **Service of Process**<br>5/2/2019<br>Payment to Alexander Poole for service of process on H & 6 Associates Inc. through the New York Secretary of State. | Michael Grinblat | $60.00 | 1.00 | $60.00 |
| **Service of Process**<br>5/2/2019<br>Alexander Poole. Personal service of process on The Hugh Family Revocable Trust. | Michael Grinblat | $100.00 | 1.00 | $100.00 |
| **Printing**<br>5/11/2019<br>Printed copies of the summons (2 pages) and complaint (35 pages) in connection with mailing them to the defendant, H & 6 Associates, as courtesy copies. | Michael Grinblat | $0.25 | 37.00 | $9.25 |
| **Postage**<br>5/11/2019<br>Priority mail. Mailed courtesy copy of the summons and complaint to H & 6 Associate Inc. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| **Postage**<br>5/11/2019<br>Priority mail. Mailed courtesy copy of the summons and complaint to The Hugh Family Revocable Trust. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| **Postage**<br>6/18/2019<br>Priority Mail. Mailed courtesy copy of the application for the Certificate of Default to the CEO of H & 6 Associate Inc. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| **Postage**<br>6/18/2019<br>Priority Mail. Mailed courtesy copy of the application for the Certificate of Default to the trustee/owner of The Hugh Family Revocable Trust. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| **Printing**<br>6/18/2019<br>Printed a copy of the application for the certificate of default (45 pages) in connection with mailing it to the defendant, H & 6 Associates Inc. | Michael Grinblat | $0.25 | 45.00 | $11.25 |
| **Printing**<br>6/18/2019<br>Printed a copy of the application for the certificate of default (45 pages) in connection with mailing it to the defendant, The Hugh Family Revocable Trust. | Michael Grinblat | $0.25 | 45.00 | $11.25 |

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| **Printing**<br>7/6/2019<br>Printed a copy of the motion for default judgment (95 pages) in connection with mailing it to the defendant, H & 6 Associates Inc. | Michael Grinblat | $0.25 | 95.00 | $23.75 |
| **Postage**<br>7/6/2019<br>Priority Mail. Mailed a copy of the Motion for Default Judgment to H & 6 Associate Inc. | Michael Grinblat | $7.35 | 1.00 | $7.35 |
| **Postage**<br>7/9/2019<br>UPS Ground. Mailed courtesy copy of the Motion for Default Judgment to the Honorable LaShann DeArcy Hall, pursuant to the judge's individual practices and rules. | Michael Grinblat | $10.22 | 1.00 | $10.22 |
| **Printing**<br>7/9/2019<br>Printed a copy of the motion for default judgment (95 pages) in connection with mailing a courtesy copy to Judge LaShann DeArcy Hall in compliance with her individual practices and rules. | Michael Grinblat | $0.25 | 95.00 | $23.75 |
| **Postage**<br>7/10/2019<br>First Class Mail, Certified Mail, Return Receipt Requested. Mailed a copy of Magistrate Judge Steven M. Gold's Order to H & 6 Associate Inc. | Michael Grinblat | $6.80 | 1.00 | $6.80 |
| **Postage**<br>7/10/2019<br>First Class Mail. Mailed a copy of the Affidavit of Service of the Motion for Default Judgment to H & 6 Associates Inc. | Michael Grinblat | $0.55 | 1.00 | $0.55 |
| **Printing**<br>7/12/2019<br>Printed a copy of the motion for default judgment (95 pages) in connection with mailing it to the defendant, H & 6 Associates Inc. | Michael Grinblat | $0.25 | 95.00 | $23.75 |
| **Postage**<br>7/12/2019<br>First Class Mail, Certified Mail, Return Receipt Requested. Mailed a copy of the Motion for Default Judgment to H & 6 Associates Inc. for the second time. | Michael Grinblat | $8.65 | 1.00 | $8.65 |
| **Postage**<br>8/3/2019<br>Priority Mail, Signature Confirmation. Mailed a copy of the Motion for Default Judgment to H & 6 Associate Inc. (4th attempt to serve the defendant) | Michael Grinblat | $9.35 | 1.00 | $9.35 |
| **Printing**<br>8/3/2019<br>Printed a copy of the motion for default judgment (95 pages) in connection with mailing it to the defendant, H & 6 Associates Inc. | Michael Grinblat | $0.25 | 95.00 | $23.75 |
| **Postage**<br>8/13/2019<br>Priority mail. Mailed Affidavit of Service of the Motion for Default Judgment to H & 6 Associate Inc. | Michael Grinblat | $7.35 | 1.00 | $7.35 |

| Expense | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Postage<br>1/30/2020<br>Priority Mail with Signature Confirmation. Mailed a copy of Magistrate Judge Steven M. Gold's Report and Recommendation to H & 6 Associates, Inc. | Michael Grinblat | $10.40 | 1.00 | $10.40 |
| | | **Expenses Total:** | **595.00** | **$894.02** |

| | |
|---|---|
| Total (USD) | $30,387.82 |
| Paid | $0.00 |
| Balance | $30,387.82 |
| Total Outstanding | $30,387.82 |

# **EXHIBIT 2**

# **USAO ATTORNEY'S FEES MATRIX**

# USAO ATTORNEY'S FEES MATRIX — 2015-2019

*Revised Methodology starting with 2015-2016 Year*

Years (Hourly Rate for June 1 – May 31, based on change in PPI-OL since January 2011)

| Experience | 2015-16 | 2016-17 | 2017-18 | 2018-19 |
|---|---|---|---|---|
| 31+ years | 568 | 581 | 602 | 613 |
| 21-30 years | 530 | 543 | 563 | 572 |
| 16-20 years | 504 | 516 | 536 | 544 |
| 11-15 years | 455 | 465 | 483 | 491 |
| 8-10 years | 386 | 395 | 410 | 417 |
| 6-7 years | 332 | 339 | 352 | 358 |
| 4-5 years | 325 | 332 | 346 | 351 |
| 2-3 years | 315 | 322 | 334 | 340 |
| Less than 2 years | 284 | 291 | 302 | 307 |
| Paralegals & Law Clerks | 154 | 157 | 164 | 166 |

*Explanatory Notes*

1.   This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia (USAO) to evaluate requests for attorney's fees in civil cases in District of Columbia courts.  The matrix is intended for use in cases in which a fee-shifting statute permits the prevailing party to recover "reasonable" attorney's fees.  *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412(b) (Equal Access to Justice Act).  The matrix has not been adopted by the Department of Justice generally for use outside the District of Columbia, or by other Department of Justice components, or in other kinds of cases.  The matrix does **not** apply to cases in which the hourly rate is limited by statute.  *See* 28 U.S.C. § 2412(d).

2.   A "reasonable fee" is a fee that is sufficient to attract an adequate supply of capable counsel for meritorious cases.  *See, e.g., Perdue v. Kenny A. ex rel. Winn,* 559 U.S. 542, 552 (2010).  Consistent with that definition, the hourly rates in the above matrix were calculated from average hourly rates reported in 2011 survey data for the D.C. metropolitan area, which rates were adjusted for inflation with the Producer Price Index-Office of Lawyers (PPI-OL) index.  The survey data comes from ALM Legal Intelligence's 2010 & 2011 Survey of Law Firm Economics.  The PPI-OL index is available at http://www.bls.gov/ppi.  On that page, under "PPI Databases," and "Industry Data (Producer Price Index - PPI)," select either "one screen" or "multi-screen" and in the resulting window use "industry code" 541110 for "Offices of Lawyers" and "product code" 541110541110 for "Offices of Lawyers."  The average hourly rates from the 2011 survey data are multiplied by the PPI-OL index for May in the year of  the update, divided by 176.6, which is the PPI-OL index for January 2011, the month of the survey data, and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

3.   The PPI-OL index has been adopted as the inflator for hourly rates because it better reflects the mix of legal services that law firms collectively offer, as opposed to the legal services that typical consumers use, which is what the CPI-

Legal Services index measures.  Although it is a national index, and not a local one, *cf. Eley v. District of Columbia*, 793 F.3d 97, 102 (D.C. Cir. 2015) (noting criticism of national inflation index), the PPI-OL index has historically been generous relative to other possibly applicable inflation indexes, and so its use should minimize disputes about whether the inflator is sufficient.

4.      The methodology used to compute the rates in this matrix replaces that used prior to 2015, which started with the matrix of hourly rates developed in *Laffey v. Northwest Airlines, Inc.* 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985), and then adjusted those rates based on the Consumer Price Index for All Urban Consumers (CPI-U) for the Washington-Baltimore (DC-MD-VA-WV) area.  Because the USAO rates for the years 2014-15 and earlier have been generally accepted as reasonable by courts in the District of Columbia, *see* note 9 below, the USAO rates for those years will remain the same as previously published on the USAO's public website.  That is, the USAO rates for years prior to and including 2014-15 remain based on the prior methodology, *i.e.*, the original *Laffey* Matrix updated by the CPI-U for the Washington-Baltimore area.  *See Citizens for Responsibility & Ethics in Washington v. Dep't of Justice*, 142 F. Supp. 3d 1 (D.D.C. 2015) and Declaration of Dr. Laura A. Malowane filed therein on Sept. 22, 2015 (Civ. Action No. 12-1491, ECF No. 46-1) (confirming that the USAO rates for 2014-15 computed using    prior methodology are reasonable).

5.      Although the USAO will not issue recalculated *Laffey* Matrices for past years using the new methodology, it will not oppose the use of that methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods prior to June 2015, provided that methodology is used consistently to calculate the entire fee amount.  Similarly, although the USAO will no longer issue an updated *Laffey* Matrix computed using the prior methodology, it will not oppose the use of the prior methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods after May 2015, provided that methodology is used consistently to calculate the entire fee amount.

6.      The various "brackets" in the column headed "Experience" refer to the attorney's years of experience practicing law.  Normally, an attorney's experience will be calculated starting from the attorney's graduation from law school.  Thus, the "Less than 2 years" bracket is generally applicable to attorneys in their first and second years after graduation from law school, and the "2-3 years" bracket generally becomes applicable on the second anniversary of the attorney's graduation (*i.e.*, at the beginning of the third year following law school).  *See Laffey*, 572 F. Supp. at 371.  An adjustment may be necessary, however, if the attorney's admission to the bar was significantly delayed or the attorney did not otherwise follow a typical career progression.  *See, e.g., EPIC v. Dep't of Homeland Sec.*, 999 F. Supp. 2d 61, 70-71 (D.D.C. 2013) (attorney not admitted to bar compensated at "Paralegals & Law Clerks" rate); *EPIC v. Dep't of Homeland Sec.*, 982 F. Supp. 2d 56, 60-61 (D.D.C. 2013) (same).  The various experience levels were selected by relying on the levels in the ALM Legal Intelligence 2011 survey data.  Although finer gradations in experience level might yield different estimates of market rates, it is important to have statistically sufficient sample sizes for each experience level.  The experience categories in the current USAO Matrix are based on statistically significant sample sizes for each experience level.

7.      ALM Legal Intelligence's 2011 survey data does not include rates for paralegals and law clerks.  Unless and until reliable survey data about actual paralegal/law clerk rates in the D.C. metropolitan area become available, the USAO will compute the hourly rate for Paralegals & Law Clerks using the most recent historical rate from the USAO's former *Laffey* Matrix (*i.e.*, $150 for 2014-15) updated with the PPI-OL index.  The formula is $150 multiplied by the PPI-OL index for May in the year of the update, divided by 194.3 (the PPI-OL index for May 2014), and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

8.      The USAO anticipates periodically revising the above matrix if more recent reliable survey data becomes available, especially data specific to the D.C. market, and in the interim years updating the most recent survey data with the PPI-OL index, or a comparable index for the District of Columbia if such a locality-specific index becomes available.

9.      Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc).  The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the USAO as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area.  *See Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n.14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996).  Most lower federal courts in the District of Columbia

have relied on the USAO's *Laffey* Matrix, rather than the so-called "*Salazar* Matrix" (also known as the "LSI Matrix" or the "Enhanced *Laffey* Matrix"), as the "benchmark for reasonable fees" in this jurisdiction. *Miller v. Holzmann*, 575 F. Supp. 2d 2, 18 n.29 (D.D.C. 2008) (quoting *Pleasants v. Ridge*, 424 F. Supp. 2d 67, 71 n.2 (D.D.C. 2006)); *see, e.g., Joaquin v. Friendship Pub. Charter Sch.*, 188 F. Supp. 3d 1 (D.D.C. 2016); *Prunty v. Vivendi*, 195 F. Supp. 3d 107 (D.D.C. 2016); *CREW v. U.S. Dep't of Justice*, 142 F. Supp. 3d 1 (D.D.C. 2015); *McAllister v. District of Columbia*, 21 F. Supp. 3d 94 (D.D.C. 2014); *Embassy of Fed. Republic of Nigeria v. Ugwuonye*, 297 F.R.D. 4, 15 (D.D.C. 2013); *Berke v. Bureau of Prisons*, 942 F. Supp. 2d 71, 77 (D.D.C. 2013); *Fisher v. Friendship Pub. Charter Sch.*, 880 F. Supp. 2d 149, 154-55 (D.D.C. 2012); *Sykes v. District of Columbia*, 870 F. Supp. 2d 86, 93-96 (D.D.C. 2012); *Heller v. District of Columbia*, 832 F. Supp. 2d 32, 40-49 (D.D.C. 2011); *Hayes v. D.C. Public Schools*, 815 F. Supp. 2d 134, 142-43 (D.D.C. 2011); *Queen Anne's Conservation Ass'n v. Dep't of State*, 800 F. Supp. 2d 195, 200-01 (D.D.C. 2011); *Woodland v. Viacom, Inc*., 255 F.R.D. 278, 279-80 (D.D.C. 2008); *American Lands Alliance v. Norton*, 525 F. Supp. 2d 135, 148-50 (D.D.C. 2007). *But see, e.g.*, *Salazar v. District of Columbia*, 123 F. Supp. 2d 8, 13-15 (D.D.C. 2000). Since initial publication of the instant USAO Matrix in 2015, numerous courts similarly have employed the USAO Matrix rather than the *Salazar* Matrix for fees incurred since 2015. *E.g.*, *Electronic Privacy Information Center v. United States Drug Enforcement Agency*, 266 F. Supp. 3d 162, 171 (D.D.C. 2017) ("After examining the case law and the supporting evidence offered by both parties, the Court is persuaded that the updated USAO matrix, which covers billing rates from 2015 to 2017, is the most suitable choice here.") (requiring re-calculation of fees that applicant had computed according to *Salazar* Matrix); *Clemente v. FBI*, No. 08-1252 (BJR) (D.D.C. Mar. 24, 2017), 2017 WL 3669617, at *5 (applying USAO Matrix, as it is "based on much more current data than the *Salazar* Matrix"); *Gatore v. United States Dep't of Homeland Security*, 286 F. Supp. 3d 25, 37 (D.D.C. 2017) (although plaintiff had submitted a "'great deal of evidence regarding [the] prevailing market rates for complex federal litigation' to demonstrate that its requested [*Salazar*] rates are entitled to a presumption of reasonableness, . . . the Court nonetheless concludes that the defendant has rebutted that presumption and shown that the current USAO Matrix is the more accurate matrix for estimating the prevailing rates for complex federal litigation in this District"); *DL v. District of Columbia*, 267 F. Supp. 3d 55, 70 (D.D.C. 2017) ("the USAO Matrix ha[s] more indicia of reliability and more accurately represents prevailing market rates" than the *Salazar* Matrix). The USAO contends that the *Salazar* Matrix is fundamentally flawed, does not use the *Salazar* Matrix to determine whether fee awards under fee-shifting statutes are reasonable, and will not consent to pay hourly rates calculated with the methodology on which that matrix is based. The United States recently submitted an appellate brief that further explains the reliability of the USAO Matrix vis-à-vis the *Salazar* matrix. *See* Br. for the United States as *Amicus Curiae* Supporting Appellees, *DL v. District of Columbia*, No. 18-7004 (D.C. Cir. filed July 20, 2018).

# **<u>EXHIBIT 3</u>**

# **RECEIPTS**



*Cut on dotted line.*

## Instructions

**1.** Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

**2.** Place your label so it does not wrap around the edge of the package.

**3.** Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

**4.** To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

**5.** Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0472 5308 68**

| | | Priority Mail® Postage: | **$7.35** |
| Trans. #: | 461207570 | Total | **$7.35** |
| Print Date: | 04/09/2019 | | |
| Ship Date: | 04/09/2019 | | |
| Expected Delivery Date: | 04/10/2019 | | |

**From:**   MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK NY 10003-4709

**To:**   CIVIL RIGHTS BUREAU
28 LIBERTY ST
NEW YORK NY 10005-1400

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Case 1:19-cv-02034-LDH-SMG    Document 1-19    Filed 02/41/20    Page 36 of 101 PageID #: 344

 Gmail

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS - Click-N-Ship(R) Payment Confirmation
1 message

---

**USPS_Shipping_Services@usps.com**
<USPS_Shipping_Services@usps.com>
To: michael.grinblatesq@gmail.com

Tue, Apr 9, 2019 at
10:44 AM

---

    Sign in  |  Shipping History  |  Manage Your Mail  |  Customer Service

---

### USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, MICHAEL GRINBLAT!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
**Acct #:** 127314311
**Transaction Number:** 461207570
**Transaction Date/Time:** 04/09/2019 09:39 AM CDT
**Transaction Amount:** $7.35
**Payment Method:** VISA-0669

**Priority Mail® 1-Day**
**Flat Rate Envelope**
9405 5036 9930 0472 5308 68 (Sequence Number 1 of 1)
**Scheduled Delivery Date:** 04/10/2019
**Shipped to:**

CIVIL RIGHTS BUREAU
28 LIBERTY ST
NEW YORK NY 10005-1400

Learn more about requesting a refund online here.





**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

usps.com

Case 1:19-cv-02034-LDH-SMG   Document 13   Filed 04/11/23   Page 37 of 101 PageID #: 345

 Gmail

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

## USPS® Item Delivered, To Agent 9405503699300472530868
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>                    Thu, Apr 11, 2019 at 10:06 AM
To: michael.grinblatesq@gmail.com



Hello **MICHAEL GRINBLAT**,

Your item has been delivered to an agent at 10:01 am on April 11, 2019 in NEW YORK, NY 10005.

Tracking Number: **9405503699300472530868**

**Delivered, To Agent**



Tracking & Delivery Options

My Account

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.





---

*Cut on dotted line.*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0472 5193 51**

| | | Priority Mail® Postage: | **$7.35** |
|---|---|---|---|
| Trans. #: | 461206864 | Total | **$7.35** |
| Print Date: | 04/09/2019 | | |
| Ship Date: | 04/09/2019 | | |
| Expected Delivery Date: | 04/10/2019 | | |

**From:** MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK NY 10003-4709

**To:** DAMION K STODOLA
NYC COMMISSION ON HUMAN RIGHTS
22 READE ST
# 2
NEW YORK NY 10007-1216

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Case 1:19-cv-02034-LDH-SMG    Document 1-9   Filed 02/11/20   Page 39 of 101 PageID #: 347

 **Gmail**     **Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS - Click-N-Ship(R) Payment Confirmation
1 message

---

**USPS_Shipping_Services@usps.com** | Tue, Apr 9, 2019 at
<USPS_Shipping_Services@usps.com> | 10:34 AM
To: michael.grinblatesq@gmail.com

    Sign in  |  Shipping History  |  Manage Your Mail  |  Customer Service

---

### USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, MICHAEL GRINBLAT!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

---

**Click-N-Ship® Payment Details**
**Acct #:** 127314311
**Transaction Number:** 461206864
**Transaction Date/Time:** 04/09/2019 09:33 AM CDT
**Transaction Amount:** $7.35
**Payment Method:** VISA-0669

**Priority Mail® 1-Day**
**Flat Rate Envelope**
**9405 5036 9930 0472 5193 51** (Sequence Number 1 of 1)
**Scheduled Delivery Date:** 04/10/2019
**Shipped to:**    DAMION K STODOLA
            NYC COMMISSION ON HUMAN RIGHTS
            22 READE ST
            # 2
            NEW YORK NY 10007-1216

---

Learn more about requesting a refund online here.



**Priority Mail Flat Rate™ Shipping**
Get free Priority Mail® supplies ›



**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy

usps.com

Case 1:19-cv-02034-LGS-SMS   Document 19   Filed 02/07/20   Page 40 of 101   PageID #: 348

 **Gmail**

**Michael Grinblat <michael.grinblatesq@gmail.com>**

# USPS® Item Delivered, Front Desk/Reception/Mail Room 9405503699300472519351
1 message

**auto-reply@usps.com** <auto-reply@usps.com>
To: michael.grinblatesq@gmail.com

Thu, Apr 11, 2019 at 12:20 PM



Hello **MICHAEL GRINBLAT**,

Your item was delivered to the front desk, reception area, or mail room at 12:14 pm on April 11, 2019 in NEW YORK, NY 10007.

Tracking Number: **9405503699300472519351**

### Delivered, Front Desk/Reception/Mail Room



| Tracking & Delivery Options |
| --- |
| My Account |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



*Cut on dotted line.*

## Instructions

**1.** Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

**2.** Place your label so it does not wrap around the edge of the package.

**3.** Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

**4.** To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

**5.** Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0004 0023 99**

| | | |
|---|---|---|
| Trans. #: | 463762507 | Priority Mail® Postage: **$7.35** |
| Print Date: | 05/11/2019 | Total **$7.35** |
| Ship Date: | 05/11/2019 | |
| Expected Delivery Date: | 05/13/2019 | |

**From:** MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK NY 10003-4709

**To:** H & 6 ASSOCIATE INC.
17022 JAMAICA AVE
JAMAICA NY 11432-5220

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE**® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Case 1:19-cv-02034-LDH-SMG   Document 1-9   Filed 02/11/20   Page 42 of 101 PageID #: 350

 Gmail                                    **Michael Grinblat <michael.grinblatesq@gmail.com>**

---

## USPS® Item Delivered, In/At Mailbox 9405503699300004002399
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>                    Tue, May 14, 2019 at 11:48 AM
To: michael.grinblatesq@gmail.com



Hello **MICHAEL GRINBLAT**,

Your item was delivered in or at the mailbox at 11:42 am on May 14, 2019
in JAMAICA, NY 11432.

Tracking Number: **9405503699300004002399**

### Delivered, In/At Mailbox



| Tracking & Delivery Options |
|:---:|
| **My Account** |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally
preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update
how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts.**





## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0004 0002 27**

| | | Priority Mail® Postage: | $7.35 |
|---|---|---|---|
| Trans. #: | 463762029 | Total | $7.35 |
| Print Date: | 05/11/2019 | | |
| Ship Date: | 05/11/2019 | | |
| Expected Delivery Date: | 05/13/2019 | | |

From:   MICHAEL GRINBLAT
        LAW OFFICES OF MICHAEL GRINBLAT
        817 BROADWAY
        FL 4
        NEW YORK NY 10003-4709

To:     THE HUGH FAMILY REVOCABLE TRUST
        2527 LURTING AVE
        BRONX NY 10469-4408

* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

 **Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS® Item Delivered, In/At Mailbox 9405503699300004000227
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>      Tue, May 14, 2019 at 5:03 PM
To: michael.grinblatesq@gmail.com



Hello **MICHAEL GRINBLAT**,

Your item was delivered in or at the mailbox at 4:54 pm on May 14, 2019 in BRONX, NY 10469.

Tracking Number: **9405503699300004000227**

### Delivered, In/At Mailbox



| Tracking & Delivery Options |
| --- |
| My Account |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.


INFORMED DELIVERY®
Sign up to view your mail online or via email.

# Alexander
# POOLE & Co. Inc.

SINCE 1962

*ALEXANDER POOLE & CO., INC.*
*PO BOX 69, ALBANY, NY 12201*
*TELEPHONE  518-436-0895 • FAX  518-436-7366*
*EMAIL INFO@ALEXANDERPOOLE.COM*

Federal ID # 14-1482374

Invoice #          **1919696**

May 16, 2019

14453
Law Offices of Michael Grinblat
Michael Grinblat
817 Broadway Fourth Fl.,
New York NY 10003

# **PAID**

Your File No.: RE: Hugh Trust

**Routine**

Contract or SFS No.:

| | | |
|---|---|---|
| Semyon Grinblat, individually and on behalf of all others similarly situated | Plaintiff/Petitioner | Date Received: 5/2/2019 |
| vs | | Serve By Date: 5/15/2019 |
| H & 6 Associate Inc., The Hugh Family Revocable Trust, et al | Defendant/Respondent | Date Returnable: |
| | | Docket or ID #: 19-cv-2034LDH-SMG |
| | | Court: U. S. District |
| | | County: Eastern Dist. |

**Re:**          **The Hugh Family Revocable Trust**

Emailed/Faxed to Cust.: 5/10/2019

*Docs. Served*
*or*          Summons in a Civil Action with Exhibits
*Svc. Provided*

*Date Served/Complete:*  5/9/2019          *Method:*  Authorized Agent          **File:**

*Server:*  Ahmed Abderrahman

*Address Attempted:*  2527 Lurting Ave., Bronx, NY 10469

| Date | Service Description | | Service Fee |
|---|---|---|---|
| 5/2/19 | Process Serving-Out of Town - To "Jane Doe" - Refused name | | $95.00 |
| 5/2/19 | Print Copies @ .15 per page | | $5.00 |

| | | |
|---|---|---|
| **Payments Made:**<br>05/06/2019 by Credit Card Transaction #PI0227273483 – Applied $100.00 of $171.00 | **Total Service Fees** | **$100.00** |
| | **Payments/Credits** | **-$100.00** |
| | **Balance Due =** | **$0.00** |

**Notes:**  ***EMAIL COPY OF AOS PRIOR TO MAILING ORIGINAL - michael.***
***grinblatesq@gmail.com***

There will be a $35.00 fee charged for any returned check.

---

### We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover

14453
Law Offices of Michael Grinblat
Michael Grinblat
817 Broadway Fourth Fl.,
New York NY 10003

Customer Fax:   No Fax on File

Invoice#:          **1919696**

Invoice Date:          5/16/2019

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

**Total Amount Due:**          **$0.00**



**Instructions**

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. **Place your label so it does not wrap around the edge of the package.**

3. **Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. **To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.**

5. **Mail your package on the "Ship Date" you selected when creating this label.**

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0036 3092 75**

| | |
|---|---|
| Trans. #: | 466394898 |
| Print Date: | 06/18/2019 |
| Ship Date: | 06/18/2019 |
| Expected Delivery Date: | 06/19/2019 |

| Priority Mail® Postage: | $7.35 |
|---|---|
| Total | $7.35 |

From:  MICHAEL GRINBLAT
       LAW OFFICES OF MICHAEL GRINBLAT
       817 BROADWAY
       FL 4
       NEW YORK NY 10003-4709

To:    H & 6 ASSOCIATE INC.
       17022 JAMAICA AVE
       JAMAICA NY 11432-5220

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



Michael Grinblat <michael.grinblatesq@gmail.com>

---

# USPS® Item Delivered, Front Door/Porch 9405503699300036309275

1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>　　　　　Thu, Jun 20, 2019 at 11:45 AM
To: michael.grinblatesq@gmail.com



Hello **MICHAEL GRINBLAT**,

Your item was delivered at the front door or porch at 11:38 am on June 20, 2019 in JAMAICA, NY 11432.

Tracking Number: **9405503699300036309275**

### Delivered, Front Door/Porch



| Tracking & Delivery Options |
| --- |
| My Account |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0036 7302 39**

| | | Priority Mail® Postage: | $7.35 |
|---|---|---|---|
| Trans. #: | 466429760 | Total | $7.35 |
| Print Date: | 06/18/2019 | | |
| Ship Date: | 06/18/2019 | | |
| Expected Delivery Date: | 06/19/2019 | | |

From:   MICHAEL GRINBLAT
        LAW OFFICES OF MICHAEL GRINBLAT
        817 BROADWAY
        FL 4
        NEW YORK NY 10003-4709

To:     THE HUGH FAMILY REVOCABLE TRUST
        2527 LURTING AVE
        BRONX NY 10469-4408

* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

Case 1:19-cv-02034-LDH-SMG Document 19 Filed 02/11/20 Page 49 of 101 PageID #: 357

 **Gmail**

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS® Item Delivered, In/At Mailbox 9405503699300036730239
1 message

**auto-reply@usps.com** <auto-reply@usps.com>
To: michael.grinblatesq@gmail.com

Thu, Jun 20, 2019 at 3:39 PM



Hello **MICHAEL GRINBLAT**,

Your item was delivered in or at the mailbox at 3:32 pm on June 20, 2019 in BRONX, NY 10469.

Tracking Number: **9405503699300036730239**

### Delivered, In/At Mailbox



| Tracking & Delivery Options |
| --- |
| My Account |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts.**


INFORMED DELIVERY®
Sign up to view your mail online or via email.



**Instructions**

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

**Click-N-Ship® Label Record**

**USPS TRACKING # :**
**9405 5036 9930 0051 9888 75**

| | | Priority Mail® Postage: | $7.35 |
|---|---|---|---|
| Trans. #: | 467663942 | Total | $7.35 |
| Print Date: | 07/06/2019 | | |
| Ship Date: | 07/06/2019 | | |
| Expected Delivery Date: | 07/09/2019 | | |

From:   MICHAEL GRINBLAT
        LAW OFFICES OF MICHAEL GRINBLAT
        817 BROADWAY
        FL 4
        NEW YORK NY 10003-4709

To:     H & 6 ASSOCIATE INC.
        17022 JAMAICA AVE
        JAMAICA NY 11432-5220

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

 Gmail

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS® Item Delivered, Front Door/Porch 9405503699300051988875
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>
To: michael.grinblatesq@gmail.com

Tue, Jul 9, 2019 at 10:58 AM

---



Hello **MICHAEL GRINBLAT**,

Your item was delivered at the front door or porch at 10:52 am on July 9, 2019 in JAMAICA, NY 11432.

Tracking Number: **9405503699300051988875**

**Delivered, Front Door/Porch**



| Tracking & Delivery Options |
|---|
| My Account |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.

# STAPLES®

## Customer Receipt

# LHC431756

**SHIPPED THROUGH**
Staples #0841
58-12 Queens Blvd.
Queens, NY 11377
(718) 424-5355

Ship Date: **7/9/2019**
Expected Delivery Date: **7/10/2019**
Carrier & Service: **UPS Ground**

---

## Ship from

Michael Grinblat
Law Offices of Michael Grinblat
817 Broadway
Fourth Floor
New York, NY 10003, US
Commercial
Telephone: +1 (347) 796-0712 (Mobile)
michael.grinblatesq@gmail.com

## Ship to

Honorable LaShann DeArcy Hall
United States District Court
225 Cadman Plaza E
Brooklyn, NY 11201, US
Commercial

---

## Shipment Summary

| | |
|---|---|
| Packages in shipment: | **1** |
| Shipment ID: | **LHC431756** |
| POS Number: | **6861648981** |
| Weight(Actual): | **1.40 lb, Manual Wt** |

## Shipment Charges

| | |
|---|---|
| Package(s) Charges: | **$10.22** |
| Shipment Total: | **$10.22** |

## Package 1

| | |
|---|---|
| Tracking Number | **1Z5AR1130336649385** |
| Packed: | **By Customer** |
| Package type: | **Custom Package** |
| Dimensions: | **L 17 in W 13 in H 1 in** |
| Weight(Actual): | **1.40 lb, Manual Wt** |
| Content Details: | **documents binder** |

## Package 1 Charges

| | |
|---|---|
| UPS Ground: | **$10.22** |
| Package 1 SubTotal: | **$10.22** |

---

**Track Your Shipment**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

**Damaged, Lost or Late Claims**
In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.
Hours of operation: Monday-Friday: 9 A.M.- 8 P.M. EST.

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date as per UPS policy. Keep ALL packaging materials and this Invoice, as well as proof of value for damaged or lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

By signing the merchant receipt, I understand/agree that:

1.  **I am subject to all Staples and UPS Terms and Conditions.** *See www.ups.com for further details.*
2.  Staples reserves the right to open and inspect any package to be shipped.
3.  Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4.  **Staples will not ship any hazardous materials or other restricted items and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.**
5.  Parcel Insurance.
    a. I may elect to pay an additional, optional fee (as specified on this receipt) for Staples' parcel insurance which is offered as part of Staples' UPS Ship Center services. Such fees do not include any markup by, or commission payment to, Staples. This insurance does not provide any insurance to you - - you are neither an insured nor an additional insured under Staples' parcel insurance.
    b. Any claims for disputes related to parcel insurance must be pursued in arbitration not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action. Complete terms and conditions regarding individual binding arbitration are available at www.ups.com.
    c. Staples' liability on any claim for loss or damage of a package with parcel insurance shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed UPS's maximum liability for loss or damage under it's Tariff/Terms and Conditions of Service available for review on www.ups.com.
6.  **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.

By signing the merchant receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.

# STAPLES

58-12 QUEENS
QUEENS, NY 11377
(718) 424-5355
NYC DCA EL#1229564 NYC DCA EHASD#1241180
SALE                        1838976 5 005 32324
                            0841 07/09/19 11:28

## QTY SKU                        PRICE

******* Customer Order 6861648981 *******
1   Standard Ground Commercial
    389788                         10.22N
    Questions on Customer Order 6861648981
    Call Customer Service at 1-800-3STAPLES
    *****************************************
SUBTOTAL                          10.22
TOTAL                            $10.22

Visa Credit                 USD$10.22
Card No.: XXXXXXXXX
Chip Read
Auth No.: 019072
AID.: A0000000031010

## TOTAL ITEMS    1


Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com



# Receipt

Print Date: Jul 11, 2019

**RETURN TO**

Michael Grinblat, Esq.

817 Broadway, Fourth Floor

New York, NY 10003

**SHIP TO**

H & 6 Associate Inc.

17022 Jamaica Avenue

Jamaica, NY 11432 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jul 10, 2019 |
| Ship from ZIP: | 10003 |
| Weight: | 0 lbs. 1 oz. |
| User: | michaelg5000 |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040899563029889200 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Envelope | $0.50 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.50 |
| Return Receipt Cost | $2.80 |
| | |
| Subtotal | $6.80 |
| Label Quantity | 1 |
| Total Cost | $6.80 |



# Receipt

Print Date: Jul 12, 2019

## RETURN TO

Michael Grinblat, Esq.

817 Broadway, Fourth Floor

New York, NY 10003

## SHIP TO

H & 6 Associate Inc.

17022 Jamaica Avenue

Jamaica, NY 11432 US

## REFERENCE

| | |
|---|---|
| Ship Date: | Jul 12, 2019 |
| Ship from ZIP: | 10003 |
| Weight: | 0 lbs. 10 oz. |
| User: | michaelg5000 |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9414711899561445026381 |

## SERVICE

## UNIT PRICE

| | |
|---|---|
| First Class ® Large Envelope/Flat | $2.35 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $3.50 |
| Return Receipt Cost | $2.80 |
| Subtotal | $8.65 |
| Label Quantity | 1 |
| Total Cost | $8.65 |

# USPS Tracking®

**FAQs** › **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 9414711899561445026381

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

## Pre-Shipment

July 12, 2019 at 1:26 pm
Shipping Label Created, USPS Awaiting Item
MASPETH, NY 11378

Feedback

---

### Text & Email Updates                                                    ⌄

 Confirmation - We Received Your Request

9414711899561445026381

Your updates will be sent to:

michael.grinblatesq@gmail.com

When new tracking activity is available, you'll get notifications based on your selections.

---

### Tracking History                                                        ⌄

**July 12, 2019, 1:26 pm**
Shipping Label Created, USPS Awaiting Item
MASPETH, NY 11378
A shipping label has been prepared for your item at 1:26 pm on July 12, 2019 in MASPETH, NY 11378.
This does not indicate receipt by the USPS or the actual mailing date.

## Product Information ∧

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:



Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0111 3795 61**

| | | | |
|---|---|---|---|
| Trans. #: | 468519494 | Priority Mail® Postage: | $7.35 |
| Print Date: | 07/18/2019 | Signature Confirmation | $2.60 |
| Ship Date: | 07/18/2019 | (Electronic Rate) | |
| Expected | | Total | |
| Delivery Date: | 07/19/2019 | | $9.95 |

From:   MICHAEL GRINBLAT
        LAW OFFICES OF MICHAEL GRINBLAT
        817 BROADWAY
        FL 4
        NEW YORK NY 10003-4709

To:     H & 6 ASSOCIATE INC.
        17022 JAMAICA AVE
        JAMAICA NY 11432-5220

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®.*

JAMAICA, NY 11432

**OFFICIAL USE**

| Certified Mail Fee | $3.50 | |
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.80 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.65 | |
| $ | | |
| Total Postage and Fees | | |
| $ $8.95 | | |

JUL 0021 28
2019
USPS

07/22/2019

Sent To H&G Associate Inc.

Street and Apt. No., or PO Box No. 170-22 Jamaica Avenue

City, State, ZIP+4® Jamaica NY 11432

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7018 1830 0001 9136 1285

```
=============================================
                  MASPETH
               5502 69TH ST
            MASPETH, NY 11378-9997
                352897-0021
                (800)275-8777
            07/22/2019 12:49 PM
=============================================
=============================================
---------------------------------------------

Product           Qty    Unit      Price
                          Price
---------------------------------------------
First-Class Mail®   1    $2.65     $2.65
Large Envelope
    (Domestic)
    (JAMAICA, NY  11432)
    (Weight:0 Lb 11.80 Oz)
    (Estimated Delivery Date)
    (Wednesday 07/24/2019)
Certified                          $3.50
    (USPS Certified Mail #)
    (70181830000191361285)
Return Receipt                     $2.80
    (USPS Return Receipt #)
    (9590940250399092615685)
First-Class Mail®   1    $2.35     $2.35
Large Envelope
    (Domestic)
    (JAMAICA, NY  11432)
    (Weight:0 Lb 9.80 Oz)
    (Estimated Delivery Date)
    (Wednesday 07/24/2019)
Certified                          $3.50
    (USPS Certified Mail #)
    (70181830000191361230)
Return Receipt                     $2.80
    (USPS Return Receipt #)
    (9590940250399092615692)
First-Class Mail®   1    $2.50     $2.50
Large Envelope
    (Domestic)
    (JAMAICA, NY  11432)
    (Weight:0 Lb 10.30 Oz)
    (Estimated Delivery Date)
    (Wednesday 07/24/2019)
Certified                          $3.50
    (USPS Certified Mail #)
    (70181830000191361247)
Return Receipt                     $2.80
    (USPS Return Receipt #)
    (9590940250399092615647)
WildScenic Rivers   2    $6.60    $13.20
Frogs Bklt          1   $11.00    $11.00
Sesame Street       1    $8.80     $8.80
---------------------------------------------
Total:                            $59.40
---------------------------------------------

---------------------------------------------
Credit Card Remitd                $59.40
    (Card Name:VISA)
    (Account #:XXXXXXXXXX
    (Approval #:142294)
    (Transaction #:517)
    (AID:A0000000031010       Chip)
    (AL:Visa Credit)
    (PIN:Not Required)
---------------------------------------------
```



Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

### Signature Confirmation™ :
### 9410 8036 9930 0111 9038 89

| | | Priority Mail® Postage: | $7.35 |
|---|---|---|---|
| Trans. #: | 469609873 | Signature Confirmation | $2.60 |
| Print Date: | 08/03/2019 | (Electronic Rate) | |
| Ship Date: | 08/03/2019 | | |
| Expected | | Total | |
| Delivery Date: | 08/06/2019 | | $9.95 |

**From:**  MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK NY 10003-4709

**To:**  H & 6 ASSOCIATE INC.
17022 JAMAICA AVE
JAMAICA NY 11432-5220

* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Case 1:19-cv-02034-LDH-SMG Document 19 Filed 02/03/20 Page 62 of 101 PageID #: 370

 Michael Grinblat <michael.grinblatesq@gmail.com>

# USPS® Item Delivered 9410803699300111903889
1 message

**auto-reply@usps.com** <auto-reply@usps.com>                Tue, Aug 6, 2019 at 11:11 AM
To: michael.grinblatesq@gmail.com



Hello **MICHAEL GRINBLAT**,

Your item was delivered at 11:09 am on August 6, 2019 in JAMAICA, NY 11432. The item was signed for by R H.

Tracking Number: **9410803699300111903889**

**Delivered**



| |
|---|
| **Tracking & Delivery Options** |
| **My Account** |

Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts.**


INFORMED DELIVERY®
Sign up to view your mail online or via email.

**UNITED STATES**
**POSTAL SERVICE**

August 6, 2019

Dear Michael Grinblat:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0111 9038 89**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | August 6, 2019, 11:09 am |
| **Location:** | JAMAICA, NY 11432 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | TONAME |
| **Actual Recipient Name:** | R H |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 17022 JAMAICA AVE |
| **City, State ZIP Code:** | JAMAICA, NY 11432-5220 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

**17022 JAMAICA AVE**
**JAMAICA, NY 11432**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

JAMAICA, NY 11432

| Certified Mail Fee | $3.50 | | 0021 |
| $ | $2.80 | | 28 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $2.50 | | |
| $ | | | 08/05/2019 |
| Total Postage and Fees | $8.80 | | |
| $ | | | |

Sent To M & G Associate Inc.
Street and Apt. No., or PO Box No. 170-22 Jamaica Avenue
City, State, ZIP+4® Jamaica, NY 11432

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0001 9176 1537

 **Gmail**

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS® Item Delivered, Left with Individual 70181830000191291537
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>      Wed, Aug 7, 2019 at 11:54 AM
To: michael.grinblatesq@gmail.com



Hello **Michael Grinblat**,

Your item was delivered to an individual at the address at 11:52 am on August 7, 2019 in JAMAICA, NY 11432.

Tracking Number: **70181830000191291537**

### Delivered, Left with Individual



| Tracking & Delivery Options |
| --- |
| My Account |

Visit **USPS Tracking**® to check the most up to date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.



## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0083 4125 46**

| | | Priority Mail® Postage: | $7.35 |
|---|---|---|---|
| Trans. #: | 470237741 | Total | $7.35 |
| Print Date: | 08/13/2019 | | |
| Ship Date: | 08/13/2019 | | |
| Expected Delivery Date: | 08/14/2019 | | |

From:  MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK NY 10003-4709

To:  H & 6 ASSOCIATE INC.
17022 JAMAICA AVE
JAMAICA NY 11432-5220

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

 **Gmail**

**Michael Grinblat <michael.grinblatesq@gmail.com>**

---

# USPS® Item Delivered, In/At Mailbox 9405503699300083412546
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>        Wed, Aug 14, 2019 at 10:54 AM
To  michael grinblatesq@gmail com

---



Hello **MICHAEL GRINBLAT**,

Your item was delivered in or at the mailbo   at 10 53 am on August 14, 2019 in JAMAICA, NY 11432.

Tracking Number: **9405503699300083412546**

### Delivered, In/At Mailbox



| Tracking & Delivery Options |
|---|
| My Account |

Vi it **USPS Tracking**® to check the mo t up to date  tatu  of your package  Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive email  from USPS, log in to your **USPS com** account

Want regular updates on your package? **Set up text alerts**.



**First-Class Package International Service® is temporarily unavailable on Click-N-Ship®. Please select a different Service Type or visit a Post Office™ location to complete your shipment.**

| Create Label | Preferences | Shipping History | Address Book |
|---|---|---|---|

Account #

## Label Details

**Label Number:**

9405503699300083412546

**Terms**

**Acceptance Cutoff:** 08/13/2019 5:00 PM

**Acceptance Time:** 08/13/2019 8:30 PM

**Expected Date:** 08/14/2019 11:59 PM

**Delivery Status:** Delivered, In/At Mailbox

**Label Actions** 2019-08-14 10:53:00.0

USPS Tracking®
Ship Again

**Need help**

File an insurance claim
Request A Service Refund

**Return Address:**
MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK, NY 10003-4709
michael.grinblatesq@gmail.com

**Delivery Address:**
H & 6 ASSOCIATE INC.
17022 JAMAICA AVE
JAMAICA, NY 11432-5220

**Package:**
Ship Date: 08/13/19
Value: $20.00
From: 10003

**Service:**
Priority Mail® 1-Day
Flat Rate Envelope
USPS Tracking®

| | | |
|---|---|---|
| **Transaction Number:** | 470237741 | Postage Cost $7 35 |
| **Transaction Type:** | Label | USPS Tracking® Free |
| **Payment Method:** | VISA-0669 | **Label Total:** **$7.35** |
| **Payment Status:** | Account Charged | **Order Total:** **$7.35** |

| Timestamp | Message |
|---|---|
| 08-13-2019 09:19:55 | LABEL PRINTED |
| 08-13-2019 09:18:58 | Getting Payment |
| 08-13-2019 09:18:40 | Setting Payment |

Back to Shipping History

Feedback



## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**Signature Confirmation™ :**
**9410 8036 9930 0117 9679 08**

| | | |
|---|---|---|
| Trans. #: | 483070426 | Priority Mail® Postage: **$7.75** |
| Print Date: | 01/30/2020 | Signature Confirmation: **$2.65** |
| Ship Date: | 01/30/2020 | (Electronic Rate) |
| Expected Delivery Date: | 01/31/2020 | Total: **$10.40** |

From:   MICHAEL GRINBLAT
        LAW OFFICES OF MICHAEL GRINBLAT
        817 BROADWAY
        FL 4
        NEW YORK NY 10003-4709

To:     H & 6 ASSOCIATE INC.
        17022 JAMAICA AVE
        JAMAICA NY 11432-5220

* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

*Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

**Did you know you can request a refund online for unused Click-N-Ship® labels in your Shipping History? Click here to learn more.**

| Create Label | Preferences | Shipping History | Address Book | SCAN Form |
| --- | --- | --- | --- | --- |

Account #

## Label Details

**Label Number:**
9410803699300117967908

**Terms**
Acceptance Cutoff: 01/30/2020 5:00 PM
Acceptance Time: 01/30/2020 6:55 PM
Expected Date: 01/31/2020 11:59 PM
Delivery Status: **Delivered 2020-01-31 10:54:00.0**

**Label Actions**

USPS Tracking®
Ship Again

**Need help**

File an insurance claim
Request A Service Refund

**Return Address:**
MICHAEL GRINBLAT
LAW OFFICES OF MICHAEL GRINBLAT
817 BROADWAY
FL 4
NEW YORK, NY 10003-4709
michael.grinblatesq@gmail.com

**Delivery Address:**
H & 6 ASSOCIATE INC.
17022 JAMAICA AVE
JAMAICA, NY 11432-5220

**Package:**
Ship Date: 01/30/20
Value: $50.00
From: 10003

**Service:**
Priority Mail® 1-Day
Flat Rate Envelope
Signature Confirmation

| | | |
| --- | --- | --- |
| **Transaction Number:** | 483070426 | |
| **Transaction Type:** | Label | |
| **Payment Method:** | VISA-0669 | |
| **Payment Status:** | Account Charged | |

| | |
| --- | --- |
| Postage Cost | $7.75 |
| Signature Confirmation | $2.65 |
| **Label Total:** | **$10.40** |
| **Order Total:** | **$10.40** |

| Timestamp | Message |
| --- | --- |
| 01-30-2020 09:39:19 | LABEL PRINTED |
| 01-30-2020 09:39:03 | Getting Payment |
| 01-30-2020 09:38:49 | Setting Payment |

Tracking for this label is available until January 30, 2021. Need to keep Tracking history longer? Find out if your label is eligible for Premium Tracking today!

Back to Shipping History

**UNITED STATES**
**POSTAL SERVICE**

January 31, 2020

Dear Michael Grinblat:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9410 8036 9930 0117 9679 08**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 31, 2020, 10:54 am |
| **Location:** | JAMAICA, NY 11432 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $50 insurance included |
| **Recipient Name:** | TONAME |
| **Actual Recipient Name:** | D D |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 17022 JAMAICA AVE |
| **City, State ZIP Code:** | JAMAICA, NY 11432-5220 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:          **17022 JAMAICA AVE**
                               **JAMAICA, NY 11432**

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Alexander
# POOLE & Co. Inc.

SINCE 1962

*PO Box 69, Albany, NY 12201*
*Telephone 518-436-0895 • Fax 518-436-7366*
*email info@alexanderpoole.com*

14453
Law Offices of Michael Grinblat
Michael Grinblat
817 Broadway Fourth Fl.,
New York NY 10003

Our Job #     **1920209**

Your File No.: **Grinblat**

Date Returnable:
Docket or ID #: 19-cv-2034LDH-SMG
Court: U. S. District
County: Eastern Dist.
Date Served: 5/8/2019

| Semyon Grinblat, individually and on behalf of all others similarly situated | *Plaintiff/Petitioner* |
| H & 6 Associate Inc. et al | *Defendant/Respondent* |

*Served On:*
## H & 6 Associate Inc.

*Docs.*
*Served*   Summons in a Civil Action with Exhibits

*Pursuant to*   Business Corporation Law §306

*Served via New York Secretary of State:*

This is your receipt for service via the  New York State Secretary of State.
The affidavit for this service was mailed to you previously on      5/8/2019 .

Do not dispose of this receipt from the NY Secretary of State. It is an integral
part of your service and should be kept with the affidavit of service which was
previously mailed.

State of New York - Department of State
Receipt for Service

Receipt #:  201905150147                     Cash #: 201905150147
Date of Service:  05/08/2019              Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  H & 6 ASSOCIATE INC.


Plaintiff/Petitioner:
          GRINBLAT, SEMYON



Service of Process Address:
H & 6 ASSOCIATE INC.
170-22 JAMAICA AVE
JAMAICA,  NY 11432

                                        Secretary of State
                                        By  NANCY DOUGHERTY

# **EXHIBIT 4**

# **CORRESPONDENCE**

**Law Offices of**

**Michael Grinblat**

**817 Broadway, Fourth Floor**

**New York, NY 10003**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

April 9, 2019

Damion K. L. Stodola
General Counsel
NYC Commission on Human Rights
22 Reade Street, 2nd Floor
New York, NY 10007

By Priority Mail. USPS Tracking Number: 9405 5036 9930 0472 5193 51

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:      19-cv-2034

Dear Mr. Stodola:

The purpose of this correspondence is to notify your office, pursuant to NYC Human
Rights Law §8-502(c), that my law firm filed the above-entitled legal action on behalf of my client,
Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019. The
lawsuit stems from discrimination of my client by the defendants, on the basis of disability, in
violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a), NYS
Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human
Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

Please contact me should you have any questions, or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

April 9, 2019

Civil Rights Bureau
28 Liberty Street
New York, NY 10005

By Priority Mail. USPS Tracking Number: 9405 5036 9930 0472 5308 68

Attn.: To Whom It May Concern

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:     19-cv-2034

Dear Sir or Madam:

The purpose of this correspondence is to notify your office, pursuant to NYS Civil Rights Law §40-d, that my law firm filed the above-entitled legal action on behalf of my client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019. The lawsuit stems from the discrimination of my client by the defendants, on the basis of disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

Please contact me should you have any questions, or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

### Law Offices of
### Michael Grinblat
### 817 Broadway, Fourth Floor
### New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 9, 2019

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:    19-cv-2034-LDH-SMG
COURTESY COPY OF THE MOTION FOR DEFAULT JUDGMENT – ORIGINAL FILED BY ECF AND ASSIGNED DOCKET NUMBER 19-cv-2034-LDH-SMG

Dear Judge Hall:

Enclosed please find a courtesy copy of the Motion for Default Judgment against H & 6 Associate Inc., filed in the above-entitled action on July 6, 2019.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 11, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

Attention: Owner

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:      19-cv-2034-LDH-SMG

By Priority Mail. USPS Tracking #: 9405 5036 9930 0004 0023 99

Dear Sir or Madam:

Please be advised that my law firm filed the above-entitled legal action on behalf of my
client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9,
2019. The lawsuit stems from the discrimination of my client by the defendants on the basis of
disability in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and
§12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New
York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find courtesy
copies of the summons and complaint, which are being served on the Secretary of State.

Please contact me should you have any questions, concerns, or to discuss settlement of
this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 11, 2019

The Hugh Family Revocable Trust
2527 Lurting Avenue
Bronx, NY 10469

Attention: Trustee(s) and/or Owner(s)

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:       19-cv-2034-LDH-SMG

By Priority Mail. USPS Tracking #: 9405 5036 9930 0004 0002 27

Dear Sir or Madam:

Please be advised that my law firm filed the above-entitled legal action on behalf of my
client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9,
2019. The lawsuit stems from the discrimination of my client by the defendants on the basis of
disability in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and
§12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New
York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find courtesy
copies of the summons and complaint, which were served by personal service.

Please contact me should you have any questions, concerns, or to discuss settlement of
this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# Law Offices of
# Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

June 18, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL. USPS Tracking #: 9405 5036 9930 0036 3092 75

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
      6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
      persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
      entities yet unknown
      Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Please be advised that my law firm filed the above-entitled legal action on behalf of my client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Summons and complaint were duly served upon your corporation through the New York State Secretary of State on May 8, 2019. Under Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by May 29, 2019. Because the service was performed, in part, by mail, you were entitled to three additional days to answer, or respond. Your time to respond was further extended, because the date, on which you were required to plead, or respond, fell on a weekend. Consequently, you were required to answer, or otherwise respond, by June 3, 2019. You failed to do that. You also did not contact me. Because of that, today I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. Enclosed please find a courtesy copy of the application with exhibits, which include summons, complaint and affidavit of service. I expect the clerk to certify default in the next few days. Once default is certified, I will move for a default judgment.

<u>SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6
ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet
unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.: 19-cv-2034-LDH-SMG
June 18, 2019
Page 2

      Please be further advised that my goal is to avoid costly litigation and to resolve this matter
amicably. My ultimate goal is the defendants' compliance with the 2010 ADA Standards and
accessibility for the disabled.

      Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosure

## Law Offices of
## Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

June 18, 2019

The Hugh Family Revocable Trust
2527 Lurting Avenue
Bronx, NY 10469

Attention: Trustee(s) and/or Owner(s)

BY PRIORITY MAIL. USPS Tracking #: 9405 5036 9930 0036 7302 39

Re:    SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
       6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
       persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
       entities yet unknown
       Case No.:      19-cv-2034-LDH-SMG

Dear Sir or Madam:

        Please be advised that my law firm filed the above-entitled legal action on behalf of my
client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019.
The lawsuit stems from the discrimination of my client by the defendants on the basis of disability
in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a),
NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City
Human Rights Laws [Administrative Code] §8-107.

        Summons and complaint were duly served upon your trust through the New York State
Secretary of State on May 9, 2019. Under Federal Rules of Civil Procedure, Rule 12(a), you were
required to plead, or otherwise respond, to the complaint, by May 30, 2019. Because the service
was performed, in part, by mail, you were entitled to three additional days to answer, or respond.
Your time to respond was further extended, because the date, on which you were required to plead,
or respond, fell on a weekend. Consequently, you were required to answer, or otherwise respond,
by June 3, 2019. You failed to do that. You also did not contact me. Because of that, today I filed
an application for a certificate of default with the Clerk for the United States District Court for the
Eastern District of New York. Enclosed please find a courtesy copy of the application with
exhibits, which include summons, complaint and affidavit of service. I expect the clerk to certify
default in the next few days. Once default is certified, I will move for a default judgment.

SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown

Case No.: 19-cv-2034-LDH-SMG

June 18, 2019

Page 2

Please be further advised that my goal is to avoid costly litigation and to resolve this matter amicably. My ultimate goal is the defendants' compliance with the 2010 ADA Standards and accessibility for the disabled.

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

**Law Offices of**

**Michael Grinblat**

**817 Broadway, Fourth Floor**

**New York, NY 10003**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 6, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL. USPS Tracking #: 9405 5036 9930 0051 9888 75

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
        6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
        persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
        entities yet unknown
        Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

        Please be advised that my law firm filed the above-entitled legal action on behalf of my
client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019.
The lawsuit stems from the discrimination of my client by the defendants on the basis of disability
in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a),
NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City
Human Rights Laws [Administrative Code] §8-107.

        Summons and complaint were duly served upon your corporation through the New York
State Secretary of State on May 8, 2019. Under Federal Rules of Civil Procedure, Rule 12(a), you
were required to plead, or otherwise respond, to the complaint, by May 29, 2019. Because the
service was performed, in part, by mail, you were entitled to three additional days to answer, or
respond. Your time to respond was further extended, because the date, on which you were required
to plead, or respond, fell on a weekend. Consequently, you were required to answer, or otherwise
respond, by June 3, 2019. You failed to do that. You also did not contact me. Because of that, I
filed an application for a certificate of default with the Clerk for the United States District Court
for the Eastern District of New York. The Clerk of the Court issued the certificate of default and I
subsequently filed a motion for default judgment on July 6, 2019. Enclosed please find a copy of
the motion for default judgment, including the exhibits.

SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 19-cv-2034-LDH-SMG
July 6, 2019
Page 2

Please be further advised that my goal is to avoid costly litigation and to resolve this matter amicably. My ultimate goal is the defendants' compliance with the 2010 ADA Standards and accessibility for the disabled.

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

## Law Offices of
## Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 10, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY FIRST CLASS MAIL

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Enclosed please find a copy of the Affidavit of Service, with exhibits, regarding service on
you of the Motion for Default Judgment, which was electronically filed with the Court on July 6,
2019.

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 10, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY CERTIFIED MAIL. RETURN RECEIPT REQUESTED.

Re:  SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
     Case No.:     19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Enclosed please find a copy of the Order issued by Magistrate Judge Steven M. Gold on July 9, 2019.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 12, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY FIRST CLASS MAIL, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
USPS Tracking #: 9414711899561445026381

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Please be advised that my law firm filed the above-entitled legal action on behalf of my
client, Semyon Grinblat, in the federal court for the Eastern District of New York on April 9, 2019.
The lawsuit stems from the discrimination of my client by the defendants on the basis of disability
in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a),
NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City
Human Rights Laws [Administrative Code] §8-107.

Summons and complaint were duly served upon your corporation through the New York
State Secretary of State on May 8, 2019. Under Federal Rules of Civil Procedure, Rule 12(a), you
were required to plead, or otherwise respond, to the complaint, by May 29, 2019. Because the
service was performed, in part, by mail, you were entitled to three additional days to answer, or
respond. Your time to respond was further extended, because the date, on which you were required
to plead, or respond, fell on a weekend. Consequently, you were required to answer, or otherwise
respond, by June 3, 2019. You failed to do that. You also did not contact me. Because of that, I
filed an application for a certificate of default with the Clerk of the United States District Court
for the Eastern District of New York. The Clerk of the Court issued the certificate of default and I
subsequently filed a motion for default judgment on July 6, 2019. Enclosed please find a copy of
the motion for default judgment, including the exhibits.

<u>SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.: 19-cv-2034-LDH-SMG
July 12, 2019
Page 2

Please note that this is the second correspondence, with which I am sending you a copy of the motion for default judgment, with exhibits, against your corporation. The first correspondence, with which I also included a copy of the same motion, with exhibits, was sent to you on the day the motion was filed, July 6, 2019. It was sent by priority mail service of US Mail, but I did not request a return receipt. Consequently, I am sending you this correspondence, by certified mail, return receipt requested.

Please be further advised that my goal is to avoid costly litigation and to resolve this matter amicably. My ultimate goal is the defendants' compliance with the 2010 ADA Standards and accessibility for the disabled.

Please contact me at your earliest convenience to discuss settlement of this matter.


Very truly yours,


*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

### Law Offices of
### Michael Grinblat
### 817 Broadway, Fourth Floor
### New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

July 18, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL, RETURN RECEIPT REQUESTED
USPS Tracking #: 9414711899561445026381

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
        6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
        persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
        entities yet unknown
        Case No.:       19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

        Please be advised that I filed a motion for default judgment against your corporation on
July 6, 2019. On July 9, 2019, Magistrate Judge Steven M. Gold issued an order, which directs
you to make submissions no later than July 26, 2019. That order also directs me to notify you of it
promptly, by certified mail, return receipt requested. I sent you a copy of the motion, with all
exhibits, on the same day I filed it, July 6, 2019, by priority mail, but did not request return receipt.
Subsequently, on July 12, 2019, I sent you a copy of the order by certified mail, return receipt
requested. However, I did not receive a return receipt and it is possible that the correspondence
has been lost by the post office. Consequently, with this correspondence, I am sending you a copy
of the motion for default judgment, with all exhibits, and a copy of Magistrate Judge Gold's order.
I am also enclosing copies of the letters I sent you on the two previous aforementioned dates.

        Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 3, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL, SIGNATURE CONFIRMATION
USPS Signature Tracking #: 9410 8036 9930 0111 9038 89

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
        6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
        persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
        entities yet unknown
        Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

    Please be advised that I filed a motion for default judgment against your corporation on
July 6, 2019. On July 9, 2019, Magistrate Judge Steven M. Gold issued an order, which directs
you to make submissions no later than July 26, 2019. That order also directs me to notify you of it
promptly, by certified mail, return receipt requested. I sent you a copy of the motion, with all
exhibits, on the same day I filed it, July 6, 2019, by priority mail, but did not request return receipt.
Subsequently, on July 12, 2019, I sent you a copy of the order by certified mail, return receipt
requested. However, I did not receive a return receipt and it is possible that the correspondence
has been lost by the post office. Consequently, with this correspondence, I am sending you a copy
of the motion for default judgment, with all exhibits, and a copy of Magistrate Judge Gold's order
by priority mail, signature confirmation requested. I am also enclosing copies of the letters I sent
you on the two previous aforementioned dates. This is the third time I am serving you with the
Motion for Default Judgment.

SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 19-cv-2034-LDH-SMG
August 3, 2019
Page 2

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# Law Offices of
# Michael Grinblat
# 817 Broadway, Fourth Floor
# New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 5, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
entities yet unknown
Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Please be advised that I filed a motion for default judgment against your corporation on
July 6, 2019. On July 9, 2019, Magistrate Judge Steven M. Gold issued an order, which directs
you to make submissions no later than July 26, 2019. That order also directs me to notify you of it
promptly, by certified mail, return receipt requested. I sent you a copy of the motion, with all
exhibits, on the same day I filed it, July 6, 2019, by priority mail, but did not request return receipt.
Subsequently, on July 12, 2019, I sent you a copy of the order by certified mail, return receipt
requested. However, I did not receive a return receipt and it is possible that the correspondence
has been lost by the post office. Consequently, on August 3, 2019, I sent you a copy of the motion
for default judgment, with all exhibits, and a copy of Magistrate Judge Gold's order by priority
mail, signature confirmation requested. With that correspondence I also enclosed copies of the
letters I sent you on the previous aforementioned dates. In addition, with this correspondence I am
sending you the same documents I sent you on August 3, 2019, by certified mail, return receipt
requested. This is the fourth time I am serving you with the Motion for Default Judgment with
exhibits, together with the other aforementioned documents.

<u>SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.: 19-cv-2034-LDH-SMG
August 5, 2019
Page 2

      Please contact me at your earliest convenience to discuss settlement of this matter.


                   Very truly yours,

                   *Michael Grinblat*

                   Michael Grinblat, Esq.
                   Enclosures

## Law Offices of
## Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 13, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL, TRACKING NUMBER: 9405 5036 9930 0083 4125 46

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
        6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
        persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
        entities yet unknown
        Case No.:     19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

        Enclosed please find the Affidavit of Service regarding the Motion for Default Judgment
against H & 6 ASSOCIATE INC. and the Court's Order of July 9, 2019.

        Please contact me at your earliest convenience to discuss settlement of this matter.

                                        Very truly yours,

                                        Michael Grinblat

                                        Michael Grinblat, Esq.
                                        Enclosure

## Law Offices of
## Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 3, 2019

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY FIRST CLASS MAIL

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
      6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
      persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
      entities yet unknown
      Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Enclosed please find the Notice of Voluntary Dismissal of The Hugh Family Revocable
Trust, which I filed with the Court today.

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

Michael Grinblat

Michael Grinblat, Esq.
Enclosure

### Law Offices of
### Michael Grinblat
### 817 Broadway, Fourth Floor
### New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 3, 2019

The Hugh Family Revocable Trust
2527 Lurting Avenue
Bronx, NY 10469

Attention: Trustee(s) and/or Owner(s)

BY FIRST CLASS MAIL

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
      6 ASSOCIATE INC., THE HUGH FAMILY REVOCABLE TRUST, JOHN DOE 1-X,
      persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X,
      entities yet unknown
      Case No.:      19-cv-2034-LDH-SMG

Dear Sir or Madam:

       Enclosed please find the Notice of Voluntary Dismissal of The Hugh Family Revocable
Trust, which I filed with the Court today.

                                        Very truly yours,

                                        *Michael Grinblat*

                                        Michael Grinblat, Esq.
                                        Enclosure

## Law Offices of
## Michael Grinblat
## 817 Broadway, Fourth Floor
## New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 8, 2020

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY FIRST CLASS MAIL

Re:   SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
      Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Please be advised that my law firm filed the Motion to Reopen Case in the above-entitled legal action on behalf of my client, Semyon Grinblat, in the federal court for the Eastern District of New York on February 8, 2020. A copy of the Motion is enclosed.

Please be further advised that my goal is to avoid costly litigation and to resolve this matter amicably. My ultimate goal is the defendants' compliance with the 2010 ADA Standards and accessibility for the disabled.

Please contact me at your earliest convenience to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

# Law Offices of
## Michael Grinblat
### 817 Broadway, Fourth Floor
### New York, NY 10003

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 30, 2020

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY PRIORITY MAIL. SIGNATURE CONFIRMATION REQUESTED. TRACKING
NUMBER: 9410 8036 9930 0117 9679 08

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
        6 ASSOCIATE INC., JOHN DOE 1-X, persons yet unknown, Limited Liability
        Companies, Partnerships, Corporations 1-X, entities yet unknown
        Case No.:     19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Please be advised that I filed the motion for default judgment against your corporation on
July 6, 2019. On January 28, 2020, Magistrate Judge Steven M. Gold issued the Report and
Recommendation on that motion and directed me to serve a copy of that document on the defendant
at its last known address. I am hereby complying with the Court's order. In addition, for your
convenience and reference, enclosed please also find copies of the complaint, summons, affidavit
of service, request for a certificate of default, motion for default judgment and Report and
Recommendation, which includes both the Court's notice I received by electronic mail and the 12-
page Report and Recommendation.

As I wrote to you on several occasions in the past, my ultimate goal is the defendant's
compliance with the Americans with Disabilities Act. Please contact me at your earliest
convenience to discuss settlement of this matter. If the case is not going to be settled, the Court
will issue an order of default judgment, which will include an injunction. This has very serious
consequences.

SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H & 6 ASSOCIATE INC., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 19-cv-2034-LDH-SMG
January 30, 2020
Page 2

       Once again, please contact me at your earliest convenience to discuss settlement of this matter.


                                Very truly yours,

                                  *Michael Grinblat*

                                  Michael Grinblat, Esq.
                                  Enclosures

**Law Offices of**

**Michael Grinblat**

**817 Broadway, Fourth Floor**

**New York, NY 10003**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 31, 2020

H & 6 Associate Inc.
170-22 Jamaica Avenue
Jamaica, NY 11432

BY FIRST CLASS MAIL

Re:     SEMYON GRINBLAT, individually and on behalf of all others similarly situated v. H &
6 ASSOCIATE INC., JOHN DOE 1-X, persons yet unknown, Limited Liability
Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.:      19-cv-2034-LDH-SMG

Attention: Chief Executive Officer of H & 6 Associate Inc.

Dear Sir or Madam:

Enclosed please find the affidavit of service regarding Magistrate Judge Steven M. Gold's
report and recommendation.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure